**MCDERMOTT WILL & SCHULTE LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:       mhelt@mcdermottlaw.com
             jhaake@mcdermottlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

**MCDERMOTT WILL & SCHULTE LLP**
Daniel M. Simon (*pro hac vice* pending)
Carmen Dingman (*pro hac vice* pending)
Landon Foody (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
Email:       dsimon@mcdermottlaw.com
             cdingman@mcdermottlaw.com
             lfoody@mcdermottlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) Case No. 26-90004 (MXM) |
| | ) |
| | ) (Joint Administration Requested) |
| Debtors. | ) |
| | ) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING ON FEBRUARY 4, 2026, AT 3:00 P.M. (PREVAILING CENTRAL TIME)**

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **February 4, 2026 at 3:00 p.m. (prevailing Central Time)** (the "Hearing"):

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

## **WITNESSES**

1. M. Benjamin Jones (Chief Restructuring Officer)

2. David B. Fields (Managing Director at Raymond James Financial Inc.)

3. Alexander Warso (Consulting Director, Epiq Corporate Restructuring, LLC)

4. Any witnesses called or designated by any other party.

5. Any impeachment or rebuttal witnesses.

## **EXHIBITS**

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | Declaration of M. Benjamin Jones in Support of Chapter 11 Petitions and First Day Pleadings [To Be Filed] | | | | | | | |
| 2. | Declaration of David B. Fields in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [To Be Filed] | | | | | | | |
| 3. | Approved Budget [To Be Filed] | | | | | | | |
| 4. | Declaration of Alexander Warso in Support of the Debtors' Application for Entry of Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent Effective as of the Petition Date [Docket No. 5, Ex. B] | | | | | | | |
| 5. | All exhibits necessary for impeachment purposes. | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 6. | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| 7. | Any and all documents identified or offered by any other party. | | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. The Debtors further reserves the right to supplement this list prior to hearing.

Dated: February 3, 2026
      Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:   (214) 295-8000
Facsimile:    (972) 232-3098
Email:        mhelt@mcdermottlaw.com
                jhaake@mcdermottlaw.com

- and -

Daniel M. Simon (*pro hac vice* pending)
Carmen Dingman (*pro hac vice* pending)
Landon Foody (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:    (312) 984-7700
Email:        dsimon@mcdermottlaw.com
                cdingman@mcdermottlaw.com
                lfoody@mcdermottlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF. Subject to the Court's approval of their retention and access to filing privileges, the Debtors' proposed claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing.

Dated: February 3, 2026
       Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:  (214) 295-8000
Facsimile:  (972) 232-3098
Email:      mhelt@mcdermottlaw.com
            jhaake@mcdermottlaw.com

- and –

Daniel M. Simon (*pro hac vice* pending)
Carmen Dingman (*pro hac vice* pending)
Landon Foody (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:      dsimon@mcdermottlaw.com
            cdingman@mcdermottlaw.com
            lfoody@mcdermottlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*