**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 26-90004 (MXM)<br>)<br>) (Joint Administration Requested)<br>)<br>) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned counsel, representing multiple Inspired Healthcare DST Investor Groups, hereby enters this Notice of Appearance and Request for Service of Notices and Documents pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Northern District of Texas Local Rules, and requests that copies of all notices, pleadings, and other documents filed in the above-captioned case be served at the following address:

> Megan F. Clontz
> Rachael L. Smiley
> Ferguson Braswell Fraser Kubasta PC
> 2500 Dallas Parkway, Suite 600
> Plano, Texas 75093
> Telephone: (972) 378-9111
> Facsimile: (972) 378-9115
> Email: mclontz@fbfk.law
> Email: rsmiley@fbfk.law

PLEASE TAKE FURTHER NOTICE that, pursuant to the Federal Rules of Civil Procedure, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, but also

---

includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, fax, or otherwise, filed in the above-captioned case.

Dated: February 4, 2026

*/s/ Megan F. Clontz*
Megan F. Clontz
State Bar No. 24069703
Rachael L. Smiley
State Bar No. 24066158
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
Email: mclontz@fbfk.law
Email: rsmiley@fbfk.law

**COUNSEL FOR INSPIRED HEALTHCARE DST INVESTOR GROUPS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, a true and correct copy of the foregoing was served upon all parties electing to receive notice via the Court's electronic transmission facilities in this case.

*/s/ Megan F. Clontz*
Megan F. Clontz