

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 6, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) Case No. 26-90004 (MXM) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Related to Docket No. 4** |

ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE
(1) A CONSOLIDATED CREDITOR MATRIX, (2) A CONSOLIDATED LIST OF THEIR
30 LARGEST UNSECURED CREDITORS, AND (3) 33 CONSOLIDATED MONTHLY
OPERATING REPORTS; (B) REDACT CERTAIN PERSONALLY IDENTIFIABLE
INFORMATION FOR INDIVIDUAL CREDITORS; AND (C) IMPLEMENT
PROCEDURES TO PROTECT CONFIDENTIAL RESIDENT INFORMATION; (II)
ESTABLISHING A COMPLEX SERVICE LIST;
(III) APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS OF
COMMENCEMENT OF THESE CHAPTER 11 CASES;
<u>AND (IV) GRANTING RELATED RELIEF</u>

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), authorizing, but not directing, the Debtors to (i) authorizing the Debtors to (a) file (1) a consolidated list of creditors in lieu of submitting separate, individual mailing matrices for each Debtor (the "Consolidated Creditor Matrix"), (2) a consolidated list of the Debtors' 30 largest unsecured creditors (the "Consolidated Top 30 List"), and (3) 33 consolidated monthly operating reports (each, an "MOR" and collectively, the "MORs") each month in the lead case of Inspired Healthcare Capital Holdings, LLC that summarize all information typically contained in the MORs (*e.g.*, receipts, disbursements, etc.) on a consolidated, Debtor-by-Debtor basis; (b) mail initial notices through the Debtors' Claims and Noticing Agent; (c) redact certain personal information for individual creditors; and (d) implement procedures to protect confidential resident information; (ii) establishing a Complex Service List; (iii) approving the form and manner of notifying creditors of commencement of these Chapter 11 Cases, including special noticing procedures for the Debtors' current and former residents (each a "Resident," and collectively, the "Residents"); and (iv) granting related relief, in each case as more fully set forth in the Motion and subject to the terms of this Order; and upon consideration of the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court for the Northern District of Texas; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and the Court having

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is granted on a final basis as set forth herein.

1.      The Debtors are authorized to file a Consolidated Creditor Matrix and a Consolidated Top 30 List.  In lieu of submitting a formatted mailing matrix, the Debtors shall make available the Consolidated Creditor Matrix in electronic form to any entity who so requests and in non-electronic form at such requesting entity's sole cost and expense.

2.      The Debtors are authorized to redact from any document filed or to be filed with the Court in these Chapter 11 Cases the names, home addresses, email addresses, and any other personally identifiable information of individuals or any other natural person.  The Debtors are also authorized to use a corporate address for any current and former officers and directors in the Consolidated Creditor Matrix and the Debtors' schedules and statements, in lieu of personal mailing addresses; *provided, however*, that the Debtors shall provide an unredacted version of the Consolidated Creditor Matrix to this Court, the U.S. Trustee, and counsel to any statutory committee appointed in these Chapter 11 Cases upon request; *provided further*, that any receiving party shall not transfer or otherwise provide such unredacted document or the information contained therein to any person or entity not party to the request.

3.      A copy of this Order shall be attached to any unredacted version of the Consolidated

Creditor Matrix and any unredacted version of the Consolidated Creditor Matrix shall include a

header, or any other reasonable notice, putting the party in interest in notice of this Order and the

redacted nature of the publicly filed document.

4.      In the event a party-in-interest is required by the Bankruptcy Rules to serve the

entire Consolidated Creditor Matrix, they may request that the Debtors direct their Claims and

Noticing Agent to provide service to any creditor if that creditor's information is redacted on the

Consolidated Creditor Matrix, the Debtors must promptly give such direction, and the Claims and

Noticing Agent must comply with the direction.

5.      The following Resident Confidentiality Procedures shall apply in these Chapter 11

Cases:

(a)    The Debtors (and/or their Claims and Noticing Agent) will maintain the
       Resident List, which will assign a unique identification number to each
       Resident.

(b)    The Debtors will redact and/or omit any PHI, including any references to
       Residents, from any paper to be filed with the Court, subject to section (e)
       below, including:

       (i)      the Consolidated Creditor Matrix;

       (ii)     any certificate of service; and

       (iii)    any schedule of assets and liabilities and statement of financial
                affairs for any Debtor.

(c)    The Claims & Noticing Agent shall process proofs of claims of the
       Residents and, upon request, make available a summary of the total number
       and amount of all claims filed by the Residents against the Debtors, which
       summary shall exclude any information subject to HIPAA, its associated
       regulations, and other privacy requirements.

(d)    The unredacted versions of any paper filed under seal with the Court
       pursuant to the Resident Confidentiality Procedures shall not be made
       available to any party (other than those specified in section (e) hereof) and

4

may not be filed on the public docket and shall remain under seal until further order of the Court.

(e)     The Debtors (and/or their Claims and Noticing Agent) will make available the Resident List and an unredacted copy of any paper redacted pursuant to the Resident Confidentiality Procedures to (i) the Court, the U.S. Trustee, and the retained professionals of any statutory committee appointed in these Chapter 11 Cases (to be held on a strictly confidential, professional eyes only basis), and (ii) any other party in interest only after the Court has entered an order, after notice and hearing, authorizing the Debtors to do so; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request.

(f)     When the Debtors (and/or their Claims and Noticing Agent on behalf of the Debtors) serve any paper filed in the Chapter 11 Cases (as defined herein) upon any person listed on the Resident List, the Debtors shall note in the respective certificate of service subsequently filed on the docket that the parties served include persons listed on the Resident List (and are therefore not otherwise contained therein) and proof of service on such parties shall be maintained by the Claims & Noticing Agent.

(g)     Nothing herein shall preclude the Debtors from disclosing the identity of any person who has voluntarily disclosed their own identity as an individual for whom the Debtors may have health information.

6.     The following Notice Procedures are approved:

(a)     The Debtors are authorized to establish the Complex Service List including only the following parties:

(i)     the Debtors and their counsel;
(ii)    the U.S. Trustee;
(iii)   the Consolidated Top 30 Creditors List, but only until a committee of unsecured creditors is appointed;
(iv)    the members of any statutory committee appointed in these Chapter 11 Cases, but only until such committee retains counsel;
(v)     counsel to any statutory committee appointed in these Chapter 11 Cases;
(vi)    the Internal Revenue Service;
(vii)   the United States Attorney's Office for the Northern District of Texas;
(viii)  the Office of the Attorney General of Texas;
(ix)    State Comptroller of Public Accounts;
(x)     the Centers for Medicare and Medicaid Services;
(xi)    the Attorneys General for the states in which the Debtors conduct business; and

(xii)   any party that has requested notice pursuant to Bankruptcy Rule 2002.

(b)   Notice of any Filing in the Chapter 11 Cases, other than an event or deadline that must be served on all creditors pursuant to Bankruptcy Rule 2002(a)(1), (4), (5), (7), (8), and (9) and Bankruptcy Rule 2002(b), shall be served only on (a) the Complex Service List, (b) any party who has filed a notice of appearance and request for service of pleadings but has not yet been added to the Complex Service List, and (c) any party whose interests the specific Filing affects.

(c)   The Debtors are directed to file the initial Complex Service List within seven days after entry of this Order, and to update the Complex Service List and file a copy thereof 14 days thereafter, to the extent any changes are made during such 14-day period, and every 60 days thereafter during the pendency of the Chapter 11 Cases.  In the event there are no changes to the Complex Service List within a 60-day period, the Debtors shall file a notice with the Court so stating.

(d)   The matters for which notice would not be limited include the following (except as otherwise ordered): (a) notice of the 341 Meeting; (b) notice of the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c); (c) notice of the time fixed for filing objections to and the hearing on approval of a disclosure statement; (d) notice of the time fixed for filing objections to and the hearing on the confirmation of a plan; (e) notice of any hearing on dismissal or conversion of the Chapter 11 Cases; and (f) notice of any matter with respect to which a different form of notice is ordered to be given by this Court.

(e)   To the extent that any Filing particularly or discretely affects any party's rights, the Debtors are required to provide proper notice as otherwise required by due process and all applicable rules and procedures.

7.   The Notice of Commencement in these Chapter 11 Cases, substantially in the form attached hereto as **Exhibit 1**, is hereby approved.  The Debtors are authorized and directed to serve the Notice of Commencement on all parties-in-interest (other than the Residents who will be served pursuant to the Resident Noticing Procedures discussed below) in accordance with Bankruptcy Rule 2002 and publish the same in a form modified for publication in the national edition of *The New York Times*, *The Wall Street Journal*, or *USA Today* within seven business days of entry of this Order.  The Debtors will also publish the Notice of Commencement on the Debtors'

6

case management website established by the Claims and Noticing Agent.  Service and publication

of the Notice of Commencement shall be deemed adequate and sufficient notice of (a) the

commencement of the Chapter 11 Cases and (b) scheduling of the 341 Meeting.

8.      The following Resident Noticing Procedures, including the Resident Notice,

substantially in the form attached hereto as **Exhibit 2** is hereby approved in all respects and shall

apply in these Chapter 11 Cases:

> (a)     Within seven business days of entry of this Order, the Debtors will serve
> Residents with the Resident Notice via first class presort postage or the most
> cost-effective method available directed to the last known physical address,
> if available, maintained in their books and records for such Residents.  The
> Resident Notice shall include a QR code (quick-response code) linking the
> reader directly to the Debtors' case management website, which will
> provide access to (i) the Notice of Commencement, (ii) an option to receive
> future notices via email, and (iii) other critical information about the chapter
> 11 cases, including the public docket.
>
> (b)     To the extent the Debtors have an email address on file for any of the
> Residents, the Debtors may also serve the Notice of Commencement on
> such individuals via email.

9.      The Debtors, with the assistance of the Claims and Noticing Agent (subject to the

Court's approval of the Debtors' retention of the same), are authorized, but not directed, to

undertake all mailings directed by the Court, the U.S. Trustee, or as required by the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules, and the Complex Case Procedures, as applicable,

including, but not limited to, the Notice of Commencement of these Chapter 11 Cases, and any

other notices, correspondence, or other mailings that the Debtors may wish to send creditors during

the Chapter 11 Cases.

10.     The Debtors are not required to file one MOR in each individual Chapter 11 Case;

rather, the Debtors shall file 33 MORs on a monthly basis in the lead case of Inspired Healthcare

Capital Holdings, LLC, Case No. 26-90004 (MXM).  The MORs will be filed, in consultation with

the U.S. Trustee, in a manner and form acceptable to the U.S. Trustee.

11.     Nothing contained in this Motion nor any actions taken pursuant to the relief requested herein is intended or shall be construed as: (a) an implication or admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (b) an impairment or waiver of the Debtors' or any other party-in-interests' rights to dispute the amount of, basis for, or validity of any claim against, or interest in, any Debtor, its property, or its estate on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any claim is of a type specified or defined in this Motion or any order granting the relief requested by this Motion; (e) a waiver of any claim or cause of action that may exist against any creditor or interest holder; (f) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code or otherwise affecting the Debtors; rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease; (g) a waiver or limitation of the Debtors', or any other party-in-interest's, rights under the Bankruptcy Code or any other applicable law; (h) an implication or admission as to the validity, priority, enforceability, or perfection of any lien on security interest in, or other encumbrance of property of the Debtors' estates; (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to this Motion are valid and the rights of all parties-in-interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (j) a waiver of the obligation of any party in interest to file a proof of claim; or (k) an impairment or waiver of any claims or causes of action that may exist against any entity under the Bankruptcy Code or any other applicable law.  If the Court grants the relief sought herein, any payment made pursuant to an order of the Court is not intended and should not be construed as a

8

waiver of the Debtors' or any other party in interest's rights to subsequently dispute the extent,

perfection, priority, validity, or amount of such claim.

12.    The Court finds and determines that the requirements of Bankruptcy Rule 6003 are

satisfied and that the relief requested in the Motion is necessary to avoid immediate and irreparable

harm.

13.    Notice of the Motion as provided therein shall be deemed good and sufficient notice

of such Motion and the requirements of Bankruptcy Rule 6004(a), the Local Rules, and the

Complex Case Procedures are satisfied by such notice.

14.    All time periods set forth in this Order shall be calculated in accordance with

Bankruptcy Rule 9006(a).

15.    The Debtors are authorized to take all actions necessary to implement the relief

granted in this Order.

16.    The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, or enforcement of this Order.

### END OF ORDER ###

Prepared and presented by:

/s/ *Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
**MCDERMOTT WILL & SCHULTE LLP**
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:      (214) 295-8000
Facsimile:      (972) 232-3098
Email:          mhelt@mcdermottlaw.com
                jhaake@mcdermottlaw.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
Landon Foody (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:      (312) 372-2000
Facsimile:      (312) 984-7700
Email:          dsimon@mcdermottlaw.com
                cdingman@mcdermottlaw.com
                lfoody@mcdermottlaw.com

*Proposed Counsel for the Debtors and*
*Debtors-in-Possession*

**EXHIBIT 1**

**<u>Notice of Commencement</u>**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Inspired Healthcare Capital Holdings, LLC, *et al.* | EIN | 81-4506696 |
| | Name | | |
| United States Bankruptcy Court for the Northern District of Texas (Forth Worth Division) | | Date case filed for chapter 11: **February 2, 2026** | |
| Case number: | Lead Case 26-90004 (MXM), Jointly Administered | | |

Official Form 309F (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                                **12/17**

**For the debtor listed above and certain of its affiliates and subsidiaries, a full list of which is available on the Debtors' restructuring website at https://dm.epiq11.com/InspiredHealthcare, cases have been filed under chapter 11 of the Bankruptcy Code.  An order for relief has been entered for each Debtor.  This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the Debtors or the Debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the Debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected on the website created by the Debtors' Claims and Noticing Agent, Epiq Corporate Restructuring, LLC ("Epiq"), for these chapter 11 cases at https://dm.epiq11.com/InspiredHealthcare or at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov/).

Inquiries regarding this notice may be directed to Epiq by calling (877) 378-7708 (toll free for U.S. and Canadian-based parties) or (971) 309-1342 (for international parties) or sending an email to InspiredHealthcareinfo@epiqglobal.com.

## <u>Debtors' counsel, representatives of Epiq, and the staff of the bankruptcy clerk's office cannot give legal advice.</u>

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. **Lead Debtor Name** | **All Other Names Used in Last 8 Years** | **Case Number** | **Tax I.D. Numbers** |
|---|---|---|---|
| Inspired Healthcare Capital Holdings, LLC | N/A | 26-90004 (MXM) | 81-4506696 |
| 2. **Other Debtor Names & Case Numbers** | A full listing of the Debtors' names, tax I.D. numbers, and corresponding case numbers is available on the Debtors' restructuring website: https://dm.epiq11.com/InspiredHealthcare. | | |
| 3. **Address** | 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | | |
| 4. **Debtors' Claims and Noticing Agent** | <u>Use the below for access to court documents and case information inquiries:</u><br><br>**Name**: Epiq Corporate Restructuring, LLC ("Epiq")<br><br>**Website**: https://dm.epiq11.com/InspiredHealthcare<br><br>**Email for Inquiries**: InspiredHealthcareinfo@epiqglobal.com<br><br>**Telephone**: (877) 378-7708 (toll free for U.S. and Canadian-based parties) (971) 309-1342 (for international parties) | | |

Debtor: _Inspired Healthcare Capital Holdings, LLC et al._           Case Number (*if known*): 26-90004 (MXM)

| | | |
|---|---|---|
| **4.** | **Debtors' attorney (proposed)** | |
| | **McDERMOTT WILL & SCHULTE LLP**<br>Marcus A. Helt (TX 24052187)<br>Jack G. Haake (TX 24127704)<br>2801 N. Harwood Street, Suite 2600<br>Dallas, Texas 75201-1574<br>Telephone: (214) 295-8000<br>  Email:  mhelt@mcdermottlaw.com<br>       jhaake@mcdermottlaw.com | **McDERMOTT WILL & SCHULTE LLP**<br>Daniel M. Simon (*pro hac vice* pending)<br>Carmen Dingman (*pro hac vice* pending)<br>Landon Foody (*pro hac vice* pending)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone: (312) 372-2000<br>  Email:  dsimon@mcdermottlaw.com<br>       cdingman@mcdermottlaw.com<br>       lfoody@mcdermottlaw.com |
| **5.** | **Bankruptcy clerk's office**<br><br>Hours open: Monday – Friday<br>        8:30 AM − 4:30 PM<br>Phone: 817-333-6000<br>Website:  https://www.txnb.uscourts.gov/ | Documents in this case may be filed at this address:<br><br>Clerk of the United States Bankruptcy Court<br>Eldon B. Mahon U.S. Courthouse<br>501 W. 10th St., Rm. 147<br>Fort Worth, TX 76102-3643<br><br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov/ or at the Debtors' restructuring website at https://dm.epiq11.com/InspiredHealthcare. |
| **6.** | **Meeting of creditors**<br><br>The Debtors' representative must attend the meeting to be questioned under oath. **Creditors may attend but are not required to do so.**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Date: **March 16, 2026 at 3:00 p.m. (CT)**<br><br>**The meeting will be held via telephone conference**<br>**Toll free number: 888-330-1716**<br>**Alternate number: 713-353-7024**<br>**Participant passcode: 1538218**<br><br>Information can be found at the Debtors' restructuring website at https://dm.epiq11.com/InspiredHealthcare. |
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim:**   Not yet set.  If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office, or on the case website at https://dm.epiq11.com/InspiredHealthcare.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>   ▪  your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>   ▪  you file a proof of claim in a different amount;  or<br>   ▪  you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the Bankruptcy Clerk's office or online at www.pacer.gov or at the Debtors' restructuring website at https://dm.epiq11.com/InspiredHealthcare.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Debtor: _Inspired Healthcare Capital Holdings, LLC et al._     Case Number (_if known_): <u>26-90004 (MXM)</u>

| 9. | **Filing a chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless confirmed by the Court. You may receive a copy of a plan and a disclosure statement telling you about a plan, and you might have the opportunity to vote on a plan. You will receive notice of the date of a confirmation hearing, and you may object to confirmation of a plan and attend a confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate any business. |
|---|---|---|
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. _See_ Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If Bankruptcy Code section 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline imposed by Federal Rule of Bankruptcy Procedure 4007(c). **Deadline for filing complaint**: **to be determined.** |

## WHAT DOES THIS NOTICE MEAN?

- Inspired Healthcare Capital Holdings, LLC and certain of its direct and indirect subsidiaries and affiliates (the "<u>Debtors</u>") have voluntarily filed for chapter 11 in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division.
- This notice of commencement is one of several customary legal notices required by law related to the Debtors' Court-supervised restructuring process. **You may receive additional legal notices in the future**, as they are sent to a wide range of potentially interested parties.

## WHY AM I RECEIVING THIS NOTICE?

- You could be a current or former employee of one of the Debtors.
- You could be a current or former resident who has resided at one of the Debtors' communities.
- You are a current or former vendor or creditor of the Debtors.
- You are a current or former party to pending or settled litigation against the Debtors.

## IMPORTANT DISCLAIMERS:

- **No action is required on your part at this time**.
  - The Debtors will subsequently mail you a notice of the deadline to file any claims you may have against the Debtors and you may file a proof of claim in advance of that deadline, if you so choose.
  - Part 6 of this notice includes information about an upcoming informational meeting that the Debtors' creditors can attend by phone. Residents and employees typically do not attend this meeting, and there is no need for you to do so, but you may attend if you so choose.
- **This notice does <u>NOT</u> mean you have individually filed for bankruptcy, nor does it mean that you are being sued by the Debtors or any other party.**
- **This notice does <u>NOT</u> mean that you owe the Debtors any money, nor does it mean that the Debtors have any claims or causes of action against you.**
- **This notice does <u>NOT</u> mean that that Debtors are closing their communities.** The Debtors remain committed to providing quality care to their residents and employees in the ordinary course of business.

**If you have any questions related to this notice, please call (877) 378-7708 (toll free for U.S. and Canadian-based parties) or (971) 309-1342 (for international parties) or email InspiredHealthcareinfo@epiqglobal.com. You may access documents and case information at https://dm.epiq11.com/InspiredHealthcare.**

**EXHIBIT 2**

<u>**Resident Notice**</u>

| Information to identify the case: | | |
|---|---|---|
| Debtor    Inspired Healthcare Capital Holdings, LLC, *et al.* | EIN | 81-4506696 |

United States Bankruptcy Court for the Northern District of Texas (Fort Worth Division)      Date case filed for chapter 11: **February 2, 2026**

Case number:     Lead Case 26-90004 (MXM), Jointly Administered

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES OF INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC

On February 2, 2026, Inspired Healthcare Capital Holdings, LLC and certain of its direct and indirect subsidiaries and affiliates (the "Debtors") voluntarily filed for chapter 11 in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court").

- **WHAT DOES THIS NOTICE MEAN?** You are receiving this notice because you or a loved one are (a) currently residing (or formerly resided) at the Debtor's facilities or (b) currently receiving (or previously received) medical treatment at the Debtor's facilities.
- **WHY AM I RECEIVING THIS NOTICE?** This notice is one of several customary legal notices required by law related to the Debtor's Court-supervised restructuring process. **You may receive additional legal notices in the future**, as they are sent to many potentially interested parties.
- **WHERE CAN I GET MORE INFORMATION?** More information about the Debtor and its chapter 11 case is available for free at the Debtor's restructuring website: https://dm.epiq11.com/InspiredHealthcare.

- **MEETING OF CREDITORS**: The Debtor's representative must attend the meeting to be questioned under oath. **Creditors may attend but are not required to do so**. Date: **March 16, 2026 at 3:00 p.m. (CT).** To access the meeting, please dial the toll-free number **888-330-1716** or the alternate number **713-353-7024**, and enter participant passcode **1538218**. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Information can be found at the Debtor's restructuring website at https://dm.epiq11.com/InspiredHealthcare.

If you would like to elect to receive future notices only by email, or to change your email address on file, instructions for signing up and providing your preferred email address can be found by visiting the Debtor's case management website, accessible at https://dm.epiq11.com/InspiredHealthcare or by scanning the below QR code:



### IMPORTANT DISCLAIMERS:

- **No action is required on your part at this time**.
  o The Debtors will subsequently mail you a notice of the deadline to file any claims you may have against the Debtor and you may file a proof of claim in advance of that deadline, if you so choose.
  o The Debtors' restructuring website includes information about an upcoming informational meeting that the Debtors' creditors can attend by phone. Residents typically do not attend this meeting, and there is no need for you to do so, but you may attend if you so choose.
- **This notice does NOT mean you have individually filed for bankruptcy, nor does it mean that you are being sued by the Debtors or any other party.**
- **This notice does NOT mean that you owe the Debtors any money, nor does it mean that the Debtors have any claims or causes of action against you.**
- **This notice does NOT mean that that Debtors are closing their communities.** The Debtors remain committed to providing quality care to their residents and employees in the ordinary course of business.

**If you have any questions related to this notice, please call (877) 378-7708 (toll free for U.S. and Canadian based parties) or (971) 309-1342 (for international parties) or email InspiredHealthcareinfo@epiqglobal.com. You may access documents and case information at https://dm.epiq11.com/InspiredHealthcare.**