**MCDERMOTT WILL & SCHULTE LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:          mhelt@mcdermottlaw.com
                jhaake@mcdermottlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

**MCDERMOTT WILL & SCHULTE LLP**
Daniel M. Simon (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
Landon Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:          dsimon@mcdermottlaw.com
                cdingman@mcdermottlaw.com
                lfoody@mcdermottlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) ) ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) ) | **Related to Docket Nos. 9, 11, 13, 14, 28, 81, 82, 97, 98, 99** |

**NOTICE OF HEARING ON (I) FINAL RELIEF
FOR CERTAIN FIRST DAY MOTIONS, (II) CONTRACT
REJECTION MOTION, AND (III) BIDDING PROCEDURES MOTION**

**PLEASE TAKE NOTICE** that on February 5th & 6th, 2026, the Court entered the following interim orders (collectively, the "Interim Orders"):

1. *Interim Order (I) Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured*

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

   *Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 98];

2. *Interim Order (I) Authorizing the Debtors to Pay Prepetition Taxes and Fees; and (II) Granting Related Relief* [Docket No. 81];

3. *Interim Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Third-Party Managers and (B) Obtain New Third-Party Management Agreements, (II) Extending Statutory Protections to Third-Party Managers, and (III) Granting Related Relief* [Docket No. 82]; and

4. *Interim Order (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System and Maintain Their Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records; and (II) Granting Related Relief* [Docket No. 97].

  **PLEASE TAKE FURTHER NOTICE** that, in addition to the notice provided in the Interim Orders and subsequently filed motions (as set forth below), all parties are hereby further notified that a hearing (the "Hearing") has been set for **Tuesday, March 3, 2025 at 1:30 p.m. (prevailing Central Time)** on the following motions (collectively, the "Motions," exclusive of the DIP Motion and Bid Procedures Motion for the purpose of the objection deadlines):

1. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 28] (the "DIP Motion");

2. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Taxes and Fees; and (II) Granting Related Relief* [Docket No. 9];

3. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System and Maintain Their Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records; and (II) Granting Related Relief* [Docket No. 11];

4. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Third-Party Managers and (B) Obtain New Third-Party Management Agreements, (II) Extending Statutory Protections to Third-Party Managers, and (III) Granting Related Relief* [Docket No. 13];

5. *Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Real Property Leases and*

> *(B) Abandon Certain Personal Property, Effective as of the Petition Date, and (II) Granting Related Relief* [Docket No. 14]; and

6. *Debtors' Motion for the Entry of an Order (I) Establishing Bid Procedures, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Authorizing the Debtors to Enter Into a Stalking Horse Agreement and Provide Bid Protections, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (VI) Granting Related Relief* [Docket No. 99] (the "Bid Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief sought in (i) the **Motions** shall be filed with the Court and served on the following parties no later than **4:00 p.m. (prevailing Central Time) on February 26, 2026**, (ii) the **DIP Motion** shall be filed with the Court and served on the following parties no later than **4:00 p.m. (prevailing Central Time) on February 28, 2026**, and (iii) the **Bid Procedures Motion** shall be filed with the Court and served on the following parties no later than **4:00 p.m. (prevailing Central Time) on March 2, 2026**: (a) Inspired Healthcare Capital Holdings, LLC, c/o Ankura Consulting Group, LLC, 485 Lexington Avenue, 10th Floor, New York, NY 10017 (Attn: M. Benjamin Jones (ben.jones@ankura.com)); (b) proposed counsel to the Debtors, McDermott Will & Schulte LLP, 2801 N. Harwood Street, Suite 2600, Dallas, TX 75201 (Attn: Marcus A. Helt (mhelt@mcdermottlaw.com) and Jack G. Haake (jhaake@mcdermottlaw.com)), and 1180 Peachtree St. NE, Suite 3350, Atlanta, GA 30309 (Attn: Daniel M. Simon (dsimon@mcdermottlaw.com)), and 444 West Lake Street, Suite 4000, Chicago, IL 60606 (Attn: Carmen Dingman (cdingman@mcdermottlaw.com)); (c) counsel for the DIP Lender, Foley & Lardner, LLP, 111 Huntington Ave., Boston, MA 02199, (Attn: Adrienne K. Walker (awalker@foley.com), Jamie N. Class (jclass@foley.com), and Thomas C. Scannell (tscannell@foley.com)); (d) the Office of the United States Trustee for Region 6, 1100 Commerce Street, Room 976, Dallas, TX 75242 (Attn: Susan Hersh (susan.hersh@usdoj.gov)); (e) counsel to the official committee of unsecured creditors (if any) appointed in these Chapter 11 Cases; and (f) any party that has requested notice pursuant to Bankruptcy Rule 2002. **If no objections are filed and served, the Court may grant the relief sought in the Motions without further notice or hearing.**

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in hybrid format, with parties being permitted to appear either in-person or virtually via WebEx, at their option. For purposes of this Hearing, the Court will allow argument and evidence to be presented and witness testimony to be given via WebEx. Parties who wish to participate in the hearing via WebEx may do so at the following link:

https://us-courts.webex.com/meet/mullin

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

    Dial-In:        650-479-3207
    Access Code:  2310 650 8783

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/ihc/info, (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 9, 2026
      Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:   mhelt@mcdermottlaw.com
          jhaake@mcdermottlaw.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
Landon Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
Email:   dsimon@mcdermottlaw.com
          cdingman@mcdermottlaw.com
          lfoody@mcdermottlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Motion was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. Subject to the Court's approval of their retention and access to filing privileges, the Debtors' proposed claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing Motion.

Dated: February 9, 2026    **MCDERMOTT WILL & SCHULTE LLP**
Dallas, Texas

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:    (214) 295-8000
Facsimile:     (972) 232-3098
Email:          mhelt@mcdermottlaw.com
                    jhaake@mcdermottlaw.com

*Proposed Counsel for the Debtors and
 Debtors-in-Possession*