**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) ) | Case No. 26-90004-mxm11 |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019
FOR THE AD HOC COMMITTEE OF DST INVESTORS**

Now comes Ferguson Braswell Fraser Kubasta PC ("**FBFK**"), through undersigned counsel, and pursuant to provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), files this Verified Statement in connection with the Ad Hoc Committee of DST Investors, and with respect to FBFK's representations of the Ad Hoc Committee of DST Investors listed in Exhibit A (the "**Ad Hoc Committee**") and the DST Investors listed in Exhibit B (the "**DST Investors**"), FBFK respectfully represents as follows:

1.   In accordance with Bankruptcy Rule 2019, Exhibit A includes a list of the names, addresses, and disclosable economic interests as of February 24, 2026, of all of the members and anticipated members of the Ad Hoc Committee and the names of represented DST Investors (collectively, the "**Ad Hoc Group**"). The information set forth herein is based upon

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

information provided to Counsel by the members of the Ad Hoc Group and is intended only to comply with Bankruptcy Rule 2019.

2. The DST Investors consented to FBFK acting as Ad Hoc Committee Counsel following the filing of the Debtors' February 2, 2026, bankruptcy petitions.

3. Each DST Investor holds beneficial interests in one or more Delaware Statutory Trusts which are currently Debtors in this case (the "**DSTs**" or "**DST Debtors**").

4. Each DST Investor may also hold unsecured claims against Debtors which are not DST Debtors in this case (the "**Non-DST Debtors**") in connection with the Non-DST Debtors' management of and business relations with the DST Debtors.

5. The Debtors' *Consolidated List of Equity Interest Holders and Corporate Ownership Statement Pursuant to Fed. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1* [Docket No. 1, p. 30] identifies only the DST Investors holding more than 10% of the beneficial interests in each of the 31 DST Debtors, including the following DST Investors represented on the Ad Hoc Committee:

   a. ROP Retail 3, LLC, with an address of 26527 Agoura Rd, Ste 200, Calabasas, CA 91302, and holding 17.53% of the common equity interests of Debtor Inspired Senior Living of Grapevine DST; and

   b. PSK Realty LLC, with an address 40 Edison Ave, Oakland, NJ 07436 and holding 14.13% of the common equity interests of Debtor Inspired Senior Living of Pinellas Park DST.

The Debtors have indicated that over 2,200 DST Investors hold beneficial interests in one or more of the 31 DST Debtors, and most are not listed individually in the Debtors' disclosures.

6. The Ad Hoc Committee described in Exhibit A is authorized to act on behalf of the DST Investors described in Exhibit B which have consented to such representation, pursuant to

the Consent document attached hereto as <u>Exhibit C</u>. This disclosure shall be updated from time to time to reflect additional DST Investors as necessary.

7. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any rights of any of the DST Investors, their respective affiliates, or any other entity, or an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of DST Investors to assert, file, and/or amend any claim or proof of claim in accordance with applicable law and any orders entered in these cases.

8. The Ad Hoc Committee, through its undersigned counsel, reserves the right to amend or supplement this Statement in accordance with the requirements of Rule 2019 at any time.

The Undersigned Counsel verifies under penalty of perjury that the foregoing statements are true and correct.

Dated: February 24, 2026

*/s/ Megan F. Clontz*
Megan F. Clontz
State Bar No. 24069703
Rachael L. Smiley
State Bar No. 24066158
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, Texas 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
Email: mclontz@fbfk.law
Email: rsmiley@fbfk.law

**COUNSEL FOR THE AD HOC COMMITTEE OF DST INVESTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, a true and correct copy of the foregoing was served upon all parties electing to receive notice via the Court's electronic transmission facilities in this case.

*/s/ Megan F. Clontz*
Megan F. Clontz

# EXHIBIT A

**Committee Membership**[2] [3]

| Committee Member | Nature and Amount of Interest | Date Acquired |
|---|---|---|
| John C. Alt, individually and as Manager for ACS Properties-R1 LLC | 1.03% Inspired Senior Living of Ashbrook DST (John C. Alt) | 11/23/2020 |
| | 0.3874% Inspired Senior Living of Delray Beach DST (ACS Properties-R1 LLC) | 3/2/2023 |
| Lisa M. Shelley* | 1.3971% Inspired Senior Living of San Marcos DST | 1/16/2024 |
| Bill Steiner, as representative for William Steiner Separate Property Trust dated January 11, 2022* | 3.09%% Inspired Senior Living of Lake Orion DST | 7/28/2022 |
| | 6.3241% Inspired Senior Living of Dunedin DST | 8/2/2022 |
| Peter Jacobson, as Manager for 9590 Chesapeake Drive, LLC | 1.6493% Inspired Senior Living of Appleton DST | 5/16/2022 |
| | 0.82% Inspired Senior Living of Naperville DST | 3/17/22 |
| Gilad Shapira, as Manager for ROP Retail 3, LLC<br>26527 Agoura Rd, Ste 200<br>Calabasas, CA 91302 | 17.53% Inspired Senior Living of Grapevine DST | 10/20/2022 |
| Stephanie Szmyd, as Trustee for the Stephanie Szmyd-Hextrum Trust (dated March 2, 2015) | 1.98% Inspired Senior Living of Reno DST | 3/1/2022 |

---

[2] Addresses for Committee Members have been redacted from pleadings filed publicly in this case and will be provided separately to counsel for the Debtors and the United States Trustee.

[3] * Individuals and interest holders marked with an asterisk have been identified for and agreed to committee membership but have not yet completed engagement paperwork with FBFK.

| | | |
|---|---|---|
| Francis Murphy, as Manager for the MAMFT Realty Trust, LLC and as representative for the Ellen P. Murphy Revocable Trust of December 20, 2016 ▇▇▇ | 0.3632% Inspired Senior Living of Lake Orion DST (MAMFT Realty Trust, LLC)<br><br>0.776% Inspired Senior Living of Melbourne DST (MAMFT Realty Trust, LLC)<br><br>1.1865% Inspired Senior Living of Grapevine DST (MAMFT Realty Trust, LLC)<br><br>0.2641% Inspired Senior Living of Hamilton DST (Ellen P. Murphy Revocable Trust) | 8/25/2022<br><br>9/3/2022<br><br>10/22/2022<br><br>5/8/2022 |
| Richard Weinberg, as Vice President for PSK Realty LLC<br>40 Edison Ave.<br>Oakland, NJ 07436<br>▇▇▇ | 14.13% Inspired Senior Living of Pinellas Park DST | |
| Jacob Daniel "Dan" Hoffman, as Manager for May Street West, LLC and Amended and Restated Operating Agreement of Low Income Properties LLC* ▇▇▇ | 3.3461% Inspired Senior Living of North Haven DST (May Street West, LLC)<br><br>3.9227% Inspired Senior Living of Eugene DST (Amended and Restated Operating Agreement of Low Income Properties LLC) | 7/8/2024<br><br>7/4/2024 |

**EXHIBIT B**

Randall J Otto
Susan Travis
Chris Gibney
Mark Undestad
Stephen B Curtiss
Prasad Valay
Al Morin
Michele Lucco
Corby Walker
Mary P. Tran
Phillip E. & Susan A. Owen
Linda & Byron K Kuchenbecker
Fulton, Will
Barry Jay Darden
Randall S. Powell & Karen S. Powell
Ziv Israeli
Robert W. Scaletta & Susan K. Scaletta
Mike Mendelow
Maggie W. Ko
Wayne V. Roberts & Sheryl G. Roberts
John C. Alt
Mona Milton
Carolyn Prewitt
Jayme Mckinnish
Michael Mok
Harrison Myo Aye
Marilou Y. Jefferson
Richard D. Boyce
Harry Chou
Robert A. Kroll
Eliot Moore
Ellyn Levine
Suzanne Marie Besler
Lap C. Le & Anh T. Dang
Jason Malm
Walter J. Bugna
Douglas P. Ruiz
Dewitt InvestmentsLLC/Michele L. Dewitt, Member
Bruce Lamo
Dave Cottrell
Kenneth A Boos
Mark A. Butman & Debra K. Butman
Tullia Lynch
Richard Haarman
Albert Tejidor
Cindy Anderson

Wayne V. Roberts & Sherl G. Roberts
Ammala Amphonesinh
William W. Bardsley
Bhupendra D. Master
Cynthia A. Wampler
Ruth Cnaany
Karen A. Pagel
Frank V. Jacobsen Jr.
Mark G. Anderson
Vijay Mohan Sajja & Rajarajeswari Sajja
Geoff Wood & Ellen Wood
Richard T. Bush & Alyce K. Bush
Joseph Ewart
Nageen A. Veerabagu
Dianna Dunlap
Willis John Lackey
Masoud Shavalian
Richard & Ellen Lavin
Karen L. Beck
Todd N. Condiff
Brian Vanoli & Jessie Vanoli
Oscar A. Barbarin
Roy E. Scheuerlein & Andrea R. Scheuerlein
Edward Lee Listander, Sr. & Cynthia Lou Listander
Darren Hogan & Colleen Hogan
Stephanie Szmyd
Barbara P. Francis & William F. Francis
Harry Tomaszewski & Jackie Tomaszewski
Wayne Fischer
Tim O'donnell & Lorraine O'donnell
Leland J. Smith
Michael Barbarick
Gary Terrell & Mary Terrell
Ellen Murphy
David J. Westerman
Frank J. Susak & Gary J. Susak
Dina Trivedi
Lance Mendes
Thomas Tillson
Jayme D. Mckinnish
David B. Stephensen
Samuel A. Mendes
Dianna L. Dunlap

Robert E. Robb & Karen L. Robb
Carol Reuter & Steve Reuter
Richard E. Frazier & Mary E. Frazier
Janet E. Amundson Splidsboel
Don Uchiyama
Susan Griffith
Michael Dosanjh
Greg Windham
Nikki Chua
Marian H. Fenimore
Peter J. Jacobson & Catherine Jacobson
Christopher T Daniel, Kathleen A Daniel
Craig A. Jardon
Thomas E. Grimes & Cecelia G. Grimes
Isaac Ash
Mitchell Newport,LLC
Eric Mccormick
Francis Murphy & Ellen Murphy
Jason A Norberto (Package Fullfillment Center)
Anju D. Jessani
Raymond J Lenox
Robert Hoff
Wettengel, Joseph
Gregor, Patty
Michael Ciaramitaro
Robert M. Garcia & Diane L.B. Garcia
William T. Zinck & Sandra C. Zinck
Heather Goss & Daun Goss
Samuel A. Mendes & Susan S. Mendes
Walter J. Andrus
Richard A. Conner & Darlene Amacher Conner
Lynn Pethley Christensen
Curtis Hoff
Paul Handel & Diane Handel
Honi J. Garvin, William A. Kaelin, Jeannette J. Kaelin & Patricia D. Garvin
Daniel & Annie Chen
Beverly L. Brown

| | | |
|---|---|---|
| Kenneth A. Boos & Cynthia K. Boos, Trustees Of Boos Family Trust Dtd 5/21/20 | Thomas R. Hartley & Linda D. Hartley | Barry Skaggs & Elaine Skaggs |
| Tricia Ferre & Jeremy Ferre | Brian Tucker | William J. Cook Iii |
| Jeffrey Norgen | Phong T. Nguyen & Tien M. Quach | Neil W. Perrelli & Joyce A. Perrelli |
| Brent E Watson & Carol Jane Tyler-Watson | John P. Souza | Joann Copperund |
| Linda R. West | Randall Moellering | James Lucco |
| Yeonsoo Son | Frank D. Humphries | Michele Tucker |
| Chee-Ping Chow & Sau-Ying Chow | Cameron Wong | Christopher & Cynthia Monjoy |
| Christopher Pethley | Jessica Stokes | Jennifer Dorian Frankel |
| Chinja Youn | Flavia Hiatt | Dean & Nancy Cohen-Fredgant |
| Linda Kuchenbecker | Tai Luxon | Joseph P. Brier & Annette M. Brier |
| Judy Hageman | Trina Taylor-Wiener | James E. Langley & Kristin C. Langley |
| Zenaida Johnson | Steven C. Lemke | Steven Zimmerman & Kathryn Zimmerman |
| Fred Haywood | Joseph Greiner & Susan Greiner | Perry Haberman |
| Susan A. Green & Jeffrey D. Green | Brett Thomas & Dianne Thomas | Judith Paley |
| Stephen C. Bruha & Ginger L. Bruha | Michael Vaughan | Josh Arker |
| Geoff & Cynthia Swanson | Edward J. Burns & Judith A. Burns | Jared & Katerine Strock |
| Laura E. Pitts | Vinnie Varga & Gina M. Vesho | Todd Whitney |
| John Notte | Daren Augustin & Donna L. Augustin | Casey & Molly Blann |
| Donald R. Smith | John C. Alt & Jennifer L. Alt | Wellington Y. Tong & Cynthia Wong |
| Michael Esposito | Oliver Williams Jr. | Robert Fair |
| Angela Hertrich | Liza C. Leif | Corbin Scott Yem & Carmen Yem |
| David Bozzone | Elizabeth Van Edam | Grace Evans |
| Charles Harris | David Stansfield | Lawrence R. Aragon |
| Richard Boyce | Aaron Bielemeier | Mary Lindsey-Hepp |
| Leroy F. Dubrall | Richard D. Allen Jr. | Naga Chigurupati |
| David Hugenberg | John Gallo | Whitney Kell |
| Steven Ray Markley & Debra Jo Markley | Marcus Stern | Curtis & Linda Hindman |
| Courtney & Donna Coleman | David & Christie Dow | Wayne & Sherl G. Roberts |
| James Jensen | Lea Enfield | John Earl Pape Jr. & Nancy Pape |
| Mark C. Roach & Prabha Sadasivan | Jacob & Monique Hoffman | Joanne M. Varni |
| Eric A. Mcdaniel | Seth & Lisa Dudley | Walter J. Bunga |
| Charlotte Nordyke | Shu-Hsien Lin | Diane Bowen Chilton |
| Cyrus Nallaseth & Simi Nallaseth | Cynthia Chen | Paul R. & Linda C. Disbro |
| Petra A. Eggert | Edward Mckenna Jr. & Erin Mckenna | Laura Mendelow |
| David Stephenson | Amy Hiraheta & Jose Hiraheta | Neal S. Wilson |
| Dr. David Klein | Linda D. Catlett | George L. Boersma |
| Dalene R. Neville | Steven Miller | Francis J. Hourigan Iv & Barbara T. Hourigan |
| Yanyang Xu Zhou | Thomas & Caterina Lazzaro | Stephen J. Ciesinski & Diane K. Ciesinski |
| Ned S. Turner | Dale & Stacy Karacostas | Alexander Haedrich |
| Yuko Blue | Ronald K. Mack | Geertjan Joordens |
| Scott Miscione | Daniel Farrell & Denise Farrell | Steve Brown |
| Lawrence Cole | Roberta Damato | Joseph P. & Annette M. Brier |
| Christopher J. Kitrick & Tomoko M. Kitrick | Aarabhi Hande & Ragu Ram Mukundhan | Shenze Chen & Wen-Xiong Wu |
| Robert Kaufman | Amir Haber | Lynda Bauman |
| Sara Raber | Beatriz Thomas | Daren S. Augustin & Donna Augustin |
| | Deanna Hash | |
| | Carl Mcknight | |
| | Steven Brodock | |
| | Michelle Langlois | |

Stephen C. Bruha
David I. Kaufer
Michael Troy
Ryan Bahne & Melanie Bahne
Julie Hsu
Kenneth Numerowski
Ryan & Melanie Bahne
Angela F Shelton
Pei-Chen Yang
Michael R Dailey
Robin Briceno
Lorin P. & Louann P. Snowley
Donald Douglas Means
Duane Baxley
Edwidge Burke
Douglas Bret Greenhut
Anita M. Torrano
Brian G. Vanoli & Jessie Vanoli
James Reischl
Marc Horrell
Dorothy Wong
Alex Haedrich
Steve Stemerman
Valarie & John Harrison
Brown, Ronald & Carol
Phillip E. Owen & Susan A. Owen
Edward Lee Listander & Cynthia Lou Listander
David R. Field
Brad Reischl
Alexander Kagan & Rina Kagan
Thomas Gorrie, Trustee
Victor Nahimas
Estela Tejidor
Karen M. Kataline
Vasili Raptis
Naumann, Annie
David B. Clark
Surran, Tom & Elia
Angelika Voss-Quinn & Brian
Peter Quinn
Patrick & Sharolyn Eitenbichler
Paula Rockwood
Randall S. Powell & Karen S. Powell
Chappell, Robert
Lorena Reyther
James Lowell Brown
Alan Eilenberg
Nicholas & Sally Roberts
C.Bruce & J. Ann Collett
Deborah & Steven Lichliter
Roger Neihart
Nicholas Sales

Van Johnson
John Joseph & Joyce V. Matozzi
Leblanc, William
Doug Greenhut
Rochelle A. Terry
Fiorella M. Featherston
David Shulman & Smadar Friedlander
Ron Zinger
Diane F. Livingston
Ben Yancey
Matthew Skinner
Peter T. Lambrou & Dorothy D. Lambrou
George L. Boersma
Todd Condiff
Graham & Margaret Whitehead
Rich, Brian & Anna
Jerry Carr
Anthony Michael Robertson
Ameeta Chainani
Melvin Schwartz
Faramarz Maghsoodlou & Yihua Ding
Randy & Ashlee Murphy
Ken Knopman
Strunk, Daniel & Janet
Lori Westbay & Sean Mcmahon
Bhupendra D. Master & Kusum B. Master
William Schuder
John S. Jessup & Frances C. Jessup
Wai Sheung Lam & Tin Lung Chan
John M. Jorgensen & Nancy Ann Jorgensen
Helen B. Wilson
Terryl K. Jensen
Robert William Banks, Jr. & Gali Banks
Christopher Mills
Thomas Henderson
Emy & Hung Pham
Lois L. Colcord & Jimmy R. Norman
William Alexander Morris
Zacharias, Gus
James C Dovel, Susan Dovel
Randy & Susan Roden
Tveten, Jason & Brandon
Thomas Tarry Beasley
James Whitlock
Frank Clifford Perkins Iii & Kimberly Ann Griffith

Glenn Pinder
Schrag, Barry
Chilon W. Eads & Mary K. Eads
Yen Lu
Quilici, James & Marci
Raul Dusa
Schimanek, Frank & Suzanne
Rodriguez, John & Tracy
Andreasen, Roger & Donna
Steven Edlavitch
Francis Murphy
Silvi, Scott
Martella, Aaron & Shawna
Thomas Adams
Lonnie & Sue Hutson
Robert Thoms
Gregory Giemont
Carlos Gomez
Yiwen Tang
David Beebe & Diane Beebe
Robert D. Cook & Nicol M. Ramella-Cook
Edward L. Listander & Cynthia L. Listander
Sol Ickovitz
Albert Heath & Cynthia Heath
Strand, Chris
Parish, Daniel & Elise
Kent Pryor (Khp Asap 2005 Living Trust)
Downing, William & Sharon
Cayla L. Spear
Alan G. Reoch & Lilian Reoch
Domenico Cicero
Gallagher, Mollie
Bruce Pratt (Gis AlicanteLLC)
Patricia White
Richard Pyun
Sandra Warde
Mark Williams
Ronald O. Watson
Benard Sustman
Bill Gillespie
Guohua Harris Wang & Grace S. Shi
Morris Shapiro
Jon Sherman
Marc J. Erwin
Abraham Kaufer
Tim Boyd
Martin H. Thurston & Lori C. Good
Patrick Willis
Michael G. Kelly

| | | |
|---|---|---|
| Wei-Cheng Liaw & Chen W. Liaw | Lori Fletcher | Neil F. Scott & Soraya H. Scott |
| Richard Mason | Steven Hyler | Carol Bernacky |
| William Steiner | Craig R. Watson | George Austin Blood |
| Susan Johnson & Albert Edward Johnson | Abe Reiss | James De Salvo |
| L. Reed Catlett | Suzanne Nann | Mark Weidner |
| Shia, Paul & Norma | Darrel & Lois Scott | Keith Hanson |
| Gail K. Baker | Bill Hageman | Steven Sloan |
| William Lee | Gregory Hubler | Jeanne Grindle |
| Curtis Mason Sr. | Charles Ford | Todd Landry & Jean Landry |
| Tahira Khan Merritt | James A. Northcutt | Martin B. Shuster & Laura S. Shuster |
| James T. Chang & Anna C. Chang | Henry Lee & Patricia Y. Lee | Toni A. Devereux |
| Hubert & Sarina Rodriguez | Kurt Kawohl & Inge Kawohl | Katherine Drake |
| Linda Bloomfield | Amit & Rittu Manektala | William Brian Candler Trust |
| Kyle & Lynn Gifford | Jay George, Kathryn George | Ricky R. Latham |
| Pietro Dimaggio | Jerald Curtis Rives Jr | Robert Barclay |
| Lynn B Simon | David Felker & Lisa Felker | Kenneth Herzog & Donald Pettey |
| Judith E. Flook | Brian Mayhew | Kerry Boyd & Theresa Boyd |
| Chilon Eads & Mary Eads | Richard K. Mazow | Timothy Higgins & Rachael B. Higgins |
| Joel Dempsey | Joseph L. Depaolo Iii & William Depaolo | Linda Kline |
| Beverly Whiteside | Terri J. Lange | Dennis Davis |
| Thomas Brocato & Sarah Jewett-Brocato | Ann E. Bruha | Gordon Luebker |
| Loredo, Daniel & Seidman, Marco | Cressa Cruzan | Scott & Kara Slade |
| Michael Farkas | Chisholm, James & Joan | Henry Lee & Patricia Lee |
| Justin Hiebel | Jim & Joan Jensen | John Noto & Dawn Noto |
| Henry Terrence Reynolds | Jeremy Forsell | Tamara Camalick |
| Richard Gelbart | Thomas & Cynthia Clabaugh | Kent & Loralee Campbell |
| Cox, Terry & Debra | Paul J. Bianchi | Annette Gardner |
| Michael Magnes | Mary Reinhart | Sheldon J. Diller |
| Pensri Kowvickai & Daranee Borvornjatuvich | Dennis Lee | Stewart Remer |
| Stoffers, Robert | Raed Haidar | Rod Kjerstad |
| Christopher Petheley | Derek Povah | Mario A. Pancino |
| Kyle Minarsky | Sidney Berman | Rian Watson & Kim A. Watson |
| Jeff & Pat Fregd | Charles A. Cole & Sharon H. Glidden-Cole | Noel Johnson |
| Leila Kronenberger | Dean L. Fredgant & Nancy E. Cohen- Fredgant | Steven L. Philpott |
| Felix Nodar | Darren Trueman & Yong Sook Kim | Kent L. Deines & Carol E. Deines |
| Mary Lou Sydney | Michael Mendazona | Dave Berg |
| Yam Soon Tam & Amy Ming Ying Tam | David L. Hamilton & Carol L. Hamilton | Robert F. Scullin & Cathy D. Scullin |
| Mohamed Falaki, Ghalia Falaki | Mina Lerman | Suzanne M. Hartley |
| Jerry Matsukama & Maria Matsukama | Robert Banks Jr. & Gail C. Banks | Rodney Edward Thompson & Suzanne Majerus Thompson |
| Condey, Andrew | Krista Welch | Suzanne Hartley |
| Robert Pollard | Jeffrey & Lynn Seager | Bill Case |
| Belles, Terry | Beth Gilbreath | Inna Berger |
| Peter Schurkman | Richard Klug | Lauren Huber |
| David B. Webber | John Hanna | Pong & Esther Lim |
| Craig Brennan | Ronaele Foss | Lori L. Westby & Steve J. Williams |
| Pamela K Wittenbrink (Witt HoldingsLLC) | Robert Banks Jr. & Gail Banks | Steven Sopkin |
| | Jerry & Michelle Hahn | Robert W. Squires Jr. |
| | Gale D. Wingard | Ganesh N. Sure & Eswari Sure |
| | Jim & Kristin Reichmuth | |

| | | |
|---|---|---|
| Gretchen Allen | Robin M. Reuter | Thomas R. Smith |
| Esther Cheng & Kawah Cheng | Four West RdjLLC | Smb South Loop 256LLC / Aaron Breslow |
| Judy Hilton | Joseph Keel | Michael M. Flaherty, Manager Of David C. Flaherty Properties,LLC A CLLC |
| Xiangning Xu | Ks Venkatraman & Lakshmi Srinivasan, For Patna PropertiesLLC | |
| Albert J Machiels, Ttee | | |
| Robert & Nyle Potthast | | |
| Adena Friedman | Mark J. Hirschbek | Lawrence Shung Kui Ng & Shirley Mo-Yan Ng |
| Joseph A. Pierre & Rosemarie F. Pierre | Marianne Callahan | |
| | Eric T. Rogge & Carol R. Spillman | Meryl Benaim & Gilbert Benaim |
| Bhushan Pradhan | | |
| Dale & Pattie Hemsath | Arnold Stevens/ Sandy | Lewie & Rosemary Wake |
| Keenan A Parker | Robert C. Sommer | Ross W. Pendergraft |
| Sheila Reilly | Ann Marie Nichols & Scott Anthony Tieche | Steven S. Dawson & Stephanie A. Mcmahon |
| Robert D. Owens | | |
| Lesley M. Simpson | Linda Sprague Byrd | Gerald C. Scullin |
| David L. Anawalt | Charles Jong & Juliana Jong | Robert W. Oates & Cynthia S. Oates |
| Kristi L. Martin & Gary E. Martin | Thomas P. Lazzara | |
| | Lloyd Roberts | Roxanne York & Ronald York |
| Julie E. Fischer | Stanley Kline | Linda Ishihama |
| Steve Okrent | Craig Jardon | Richard Webb |

**EXHIBIT C**

## CONSENT

This Consent is made as of the date written below by the undersigned, who is either a holder or who controls a holder of beneficial interests in a Delaware statutory trust syndicated by Inspired Healthcare Capital, LLC (the "**Sponsor**").

**WHEREAS**, the Sponsor and certain of its affiliates filed for bankruptcy on February 2, 2026.

**WHEREAS**, Ferguson Braswell Fraser Kubasta PC the "**FBFK**") has been engaged by members of the Committee described herein to represent the holders of beneficial interests in Delaware statutory trusts syndicated by Sponsor (collectively, the "**DST Investors**") for legal services (the "**Services**") in connection with Case No. 26-90004, *In re Inspired Healthcare Capital Holdings, LLC, et al.,* pending in the Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "**Matter**").

**WHEREAS**, because there are hundreds of DST Investors that have invested in some or all of thirty-one (31) Delaware statutory trusts (the "**Trusts**" or "**DSTs**"), it is both impractical and inefficient for the FBFK to communicate directly with each DST Investor during the course of the Matter. Additionally, decisions will need to be made quickly on behalf of DST Investors in the Matter. Thus, the undersigned beneficial interest holder hereby appoints the investors listed in **Exhibit A** as the duly appointed steering committee (the "**Committee**") to make final and binding decisions in the Matter on behalf of the undersigned by majority consent. The Committee is intended to include beneficial interest holders from many different Trusts, but in order to maintain a committee of manageable size, it is not expected to include members from all 31 Trusts. The composition of the Committee may change if one or more Committee members resign during FBFK's representation. If at any point a Committee member resigns, a replacement representative shall be approved by a majority of the remaining Committee members, with such replacement representative holding beneficial interests in a Trust not already represented by the remaining Committee members. The Committee will provide periodic updates to DST Investors through electronic means as the Matter progresses and may seek your input on important decisions relating to the Matter.  This process is designed to be streamlined to assist in reducing the attorneys' fees and costs.

**NOW, THEREFORE**, the undersigned, individually or on behalf of an entity or trust represented by the undersigned, as applicable beneficial interest holder, hereby agrees that the FBFK will rely upon receipt of confirmation from at least a simple majority of the Committee members for any decisions to be made by the ad hoc group of DST Investors from time to time, and that all communications with FBFK shall be made through members of the Committee appointed herein. By signing this Consent, the undersigned agrees that the Committee and its

Counsel may represent the undersigned's interests in the Matter but does not preclude the undersigned from retaining additional counsel for purposes of the Matter.

This Agreement may be executed in counterparts and by electronic means (including DocuSign or other electronic signature services), each of which shall be deemed an original and all of which together shall constitute one and the same instrument. Delivery of an executed counterpart of this Agreement by electronic transmission (including PDF or other electronic format) shall be as effective as delivery of a manually executed counterpart.

[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]

**IN WITNESS WHEREOF**, the undersigned, individually or on behalf of an entity or trust represented by the undersigned, as beneficial interest holder, has executed this Consent as of the date first written below.

Name: _____

# EXHIBIT A

# STEERING COMMITTEE

John Alt

Lisa M Shelley

Gilad Shapira

Stephanie Szmyd

Fran Murphy

Richard Weinberg

Dan Hoffman

Bill Steiner

Peter Jacobson