**Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER (I) EXTENDING THE GENERAL BAR DATE, (II) APPROVING THE FORM, MANNER, AND PROCEDURE FOR FILING PROOFS OF CLAIM BY UNSECURED CREDITORS AND (III) GRANTING RELATED RELIEF**

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

Upon the amended emergency motion of the Committee pursuant to Bankruptcy Rules 3003(c)(3) and 9006(b)(1) for an order extending the General Bar Date and implementing the Proof of Claim Filing Procedures (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court for the Northern District of Texas; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The General Bar Date is extended to **August 14, 2026**.

3. The Proof of Claim Filing Procedures described in the Motion are approved.

4. Unsecured creditors may file a single, master proof of claim (a "Master Proof of Claim") with respect to all claims relating to or arising out of their interactions and transactions with the Debtors, which shall be deemed filed by the applicable unsecured creditor not only in the

[2] Capitalized terms not specifically defined herein shall have the meanings set forth in the Motion.

chapter 11 case of Inspired Healthcare Capital Holdings, LLC, Case No. 26-90004 (the "Lead Case"), but also in the chapter 11 case of each of the Debtors. The filing of such Master Proof of Claim shall have the same effect as if each applicable holder of a general unsecured claim had individually filed a Proof of Claim against each of the Debtors on account of such holder's claims, *provided that*, nothing contained herein shall be deemed to (a) determine the ultimate liability of any Debtor with respect to such claim, (b) determine whether such claim is allowed, or (c) fix the amount of any such claim. To the extent any unsecured creditor has already filed a proof of claim in these Chapter 11 Cases, or timely files a proof of claim on any form other than the Master Proof of Claim, such proof of claim shall be treated as a Master Proof of Claim for all purposes hereunder and shall be treated as timely filed in all Chapter 11 Cases. Any allocation of such claim among the Debtors or to a specific Debtor, as well as any challenge to allowance or amount of the claim, shall be addressed through the claims reconciliation process.

5. Notwithstanding the preceding paragraph, unsecured creditors holding multiple accounts, funds, investments, or related transactions may elect to file either (a) separate proofs of claim for each investment or transaction; or (b) a single consolidated proof of claim identifying all such investments or transactions.

6. Any person or entity (excluding governmental units (as defined in section 101(27) of the Bankruptcy Code)) asserting claims against any of the Debtors is required to file a Proof of Claim on or before the General Bar Date, except as expressly provided herein:

a. Any claim that is listed on the Schedules filed by the Debtors, provided that (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated"; (ii) the claimant does not disagree with the amount, nature, and priority of the claim as set forth in the Schedules; and (iii) the claimant does not dispute that the claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

b. Any claim held by a Debtor against another Debtor;

c. Any claim against a Debtor that is held by a non-Debtor subsidiary (whether direct or indirect) of the Debtors, including, without limitation, the Non-Debtor DSTs.[3]

d. For the avoidance of doubt, the foregoing exemptions from the obligation to file a proof of claim do not apply to (i) any of the Debtors' insiders who are individuals, including controlling shareholders, and current or former officers, directors, managers, members, trustees, or similar individuals; and (ii) Realty Cap Advisors, LLC. Such entities must file a timely proof of claim to avoid being forever barred from asserting such claim(s).

7. The Master Proof of Claim Form attached to this Order as Exhibit 1 is approved.

8. The Notice of Extension of General Bar Date attached to this Order as Exhibit 2 is approved.

9. The Debtors shall, within seven (7) days of entry of this Order, distribute via first class mail to all unsecured creditors and make available on the Claims Agent's website, https://dm.epiq11.com/case/ihcare/info, (a) the Master Proof of Claim Form and (b) the Notice of Extension of General Bar Date. The Master Proof of Claim is intended solely for the purpose of administrative convenience and shall not affect the right of each holder of a claim (or its successors in interest) to vote separately on any plan proposed in these Chapter 11 Cases. The holder of a claim shall not be required to file with Master Proofs of Claim any instruments, agreements, or other documents evidencing the obligations referenced in such Master Proof of Claim, which instruments, agreements, or other documents will be provided upon written request.

10. The Debtors shall, within three (3) days of entry of this Order, ensure that the electronic proof of claim form made available through the Claims Agent's online portal, located

[3] For purposes of this Motion, the term "Non-Debtor DSTs" shall mean Inspired Senior Living of Beaverton DST, Inspired Senior Living of Cinnaminson DST, Inspired Senior Living of Kennewick DST, and any other DSTs that are related to, or operated or managed by, the Debtors and their non-Debtor affiliates.

at https://dm.epiq11.com/case/ihcare/info, is substantially the same as the Master Proof of Claim Form available for download.

11. The Debtors shall, within three (3) days of entry of this Order, ensure that the Claims Agent's website, https://dm.epiq11.com/case/ihcare/info, includes a link allowing creditors to upload completed Proofs of Claim in PDF format without requiring use of the online claim portal. Any such uploaded PDF shall be deemed the operative filing, and the Claims Agent is hereby directed to provide confirmation of receipt for each submission.

12. The Claims Agent shall provide email confirmation of receipt to creditors who submit electronic proof of claim forms through the online portal within a reasonable time following submission of such forms.

13. The Claims Agent shall provide confirmation of receipt for Proofs of Claim submitted by mail or hand delivery, provided that the claimant submits (i) a copy of the Proof of Claim Form (in addition to the original Proof of Claim Form sent to the Claims Agent) and (ii) a self-addressed, stamped envelope, within a reasonable time following submission of such forms.

14. The Claims Agent shall provide email confirmation of receipt to creditors who upload completed Proofs of Claim in PDF format through the Claims Agent's website link.

15. The Committee is authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

16. This Court shall retain jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement, and enforce the provisions of this Order.

**### END OF ORDER ###**

Prepared and presented by:

**GREENBERG TRAURIG, LLP**

By: */s/ James T. Grogan III*
Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails: Shari.Heyen@gtlaw.com
James.Grogan@gtlaw.com

– and –

Jared R. Weir (Tex. Bar No. 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

– and –

David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

***Counsel to the Official Committee of Unsecured Creditors***

**Exhibit 1**

Master Proof of Claim Form

**Fill in this information to identify the case:**

Debtors: Inspired Healthcare Capital Holdings, LLC and all other Debtors

United States Bankruptcy Court for the: Northern District of Texas

Case Number: 26-90004 (Jointly Administered)

# Master Proof of Claim (Unsecured Creditor)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received. You may consolidate all claims you assert against the Debtors in this form, including claims you may hold under multiple accounts with the Debtors. Identify the total amount of all of your claims in Question 7 and the basis of your claims in Question 8 of this form.**

**This Master Proof of Claim is only to be used for unsecured claims. If you hold a secured claim against the Debtors, a different form must be used.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

______________________________
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtors ______________________________

**2. Has this claim been acquired from someone else?**

❑ No
❑ Yes. From whom? ______________________________

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name | Name |
| Number Street | Number Street |
| City State ZIP Code | City State ZIP Code |
| Contact phone ______________ | Contact phone ______________ |
| Contact email ______________ | Contact email ______________ |

Uniform claim identifier (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

❑ No
❑ Yes. Claim number on court claims registry (if known) _______ Filed on ______________ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

❑ No
❑ Yes. Who made the earlier filing? ______________________________

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have an account number or other number you use to identify the debtors?**

❑ No
❑ Yes. Last 4 digits of the debtors' account or any number you use to identify the debtor: ____ ____ ____ ____

If you hold multiple accounts with the Debtors, you may file a single consolidated claim, but please identify the last 4 digits of all of your accounts. Attach additional pages if necessary. You may also file a separate Master Proof of Claim for each of your accounts if you choose to do so.

7. **What is the total amount of money you believe the Debtors owe you for all claims you hold against them?** $____________________.

8. **What is the basis of your claims? (Check all that apply)**

❑ License Agreement
❑ Purchase Agreement
❑ Executory Contract
❑ Employment Agreement
❑ Lease
❑ Rejection Damages
❑ Equipment Lease
❑ Real Estate Lease
❑ Customer Claims
❑ Employee (Retired) Benefits/Pension
❑ Employee Wages and Benefits
❑ Employee WARN Act
❑ Indemnification (Non Employee Related)
❑ Indemnification (Employee Related)
❑ Insurance
❑ Intercompany
❑ Legal Fees
❑ Money Loaned
❑ Litigation
❑ Personal Injury/Workers Comp
❑ Securities Fraud 510(b)
❑ Bondholder/Noteholder
❑ Tax
❑ Goods Sold/Services Performed (Trade)
❑ Goods Sold in 20 days 503(b)(9)
❑ Reclamation Demands 546(c)
❑ Utilities
❑ Resident Injury/Litigation
❑ Contingent or unliquidated claims
❑ Federal or State statutory claims for unfair or deceptive acts and practices by the Debtors
❑ Federal or State statutory claims for misrepresentation or material omissions by the Debtors
❑ Fraud or misrepresentation by the Debtors
❑ Other Basis________________________________________.

Documents supporting the claim should be provided upon written request.

Redact or otherwise limit disclosing any information that is entitled to privacy, such as health care information.

9. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

❑ No
❑ Yes. *Check one:*

**Amount entitled to priority**

| | | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $____________________ |
| | ❑ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $____________________ |
| | ❑ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $____________________ |
| | ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $____________________ |
| | ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $____________________ |
| | ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $____________________ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

**Part 3: Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☐ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ____________________
MM / DD / YYYY

______________________________________________
Signature

**Print the name of the person who is completing and signing this claim:**

Name ______________________________________________
First name Middle name Last name

Title ______________________________________________

Company ______________________________________________
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ______________________________________________
Number Street

______________________________________________
City State ZIP Code

Contact phone ____________________ Email ____________________

# Instructions for Master Proof of Claim

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152,157 and 3571.

**How to fill out this form**

- **Fill in all of the information about the claim as of the date the case was filed.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Supporting documents for your claim.**
  You may attach redacted copies of any documents that show that the debt exists or you may provide them upon request. (See the definition of *redaction* on the next page.)

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

**Confirmation that the claim has been filed**

a. Claimants who submit their Proofs of Claim through the online portal, https://dm.epiq11.com/case/ihcare/info, on the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Claims Agent"), will receive an email confirmation from the Claims Agent within a reasonable time after submission.

b. Claimants wishing to receive acknowledgment that their Proofs of Claim were received by the Claims Agent by mail or hand delivery must submit (i) a copy of the Proof of Claim Form (in addition to the original Proof of Claim Form sent to the Claims Agent) and (ii) a self-addressed, stamped envelope.

**Understand the terms used in this form**

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**503(b)(9):** A 503(b)(9) claim arises under Section 503(b)(9) of the U.S. Bankruptcy Code, which allows creditors who supplied goods to a debtor shortly before a bankruptcy filing to receive administrative expense priority. This means these claims are paid before general unsecured claims, giving suppliers a better chance of full recovery, even when other creditors may only receive partial payment.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the Debtors or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Offers to purchase a claim**

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**Exhibit 2**

Notice of Extended General Bar Date

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90004 (MXM)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF (I) EXTENDED DATE BY WHICH UNSECURED CREDITORS MUST FILE PROOFS OF CLAIM; AND (II) PROCEDURES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS**

**TO:** All person and entities who may have unsecured claims against Inspired Healthcare Capital Holdings, LLC and its affiliates and subsidiaries that are debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

**PLEASE TAKE NOTICE THAT:**

On February 2, 2026 (the "Petition Date"), each Debtor commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court").

On May 7, 2026, the Committee filed its *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Extending the General Bar Date, (II) Approving the Form, Manner, and Procedure for Filing Proofs of Claim by Unsecured Creditors and (III) Granting Related Relief* [Docket No. 575] and the *Notice of Filing Amended Exhibits* [Docket No. 576] (collectively, the "Original Motion").

On May 11, 2026, the Committee filed its *Amended Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Extending the General Bar Date, (II) Approving the Form, Manner, and Procedure for Filing Proofs of Claim by Unsecured Creditors and (III) Granting Related Relief* [Docket No. [•]] (the "Motion").

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

On [•], 2026, the Court entered an order (the "Order")[2] granting the Motion and extending the deadline by which parties holding prepetition unsecured claims against the Debtors must file proofs of claim ("Proofs of Claim").

For your convenience, enclosed with this notice (this "Notice") is a Master Proof of Claim Form. Unsecured creditors may use the Master Proof of Claim form to file a **single proof of claim** that asserts all claims they may have arising from their transactions and interactions with all of the Debtors. This form can be used even if you have multiple accounts with the Debtors and multiple kinds of claims against the Debtors. A timely filed Master Proof of Claim against any Debtor will be deemed filed against **all Debtors** in these Chapter 11 Cases and will have the same effect as if the creditor had filed separate proofs of claim against each Debtor. Any determination regarding the appropriate Debtor(s), allocation, allowance, or amount of the claim will be addressed through the claims reconciliation process which will occur later in the chapter 11 case at a time to be determined. You will be separately notified if the Debtors or any other party in interest disagrees with your claim.

A creditor who has already filed a proof of claim in any of these Chapter 11 cases, does not need to file another proof of claim. Any proof of claim that was previously filed will automatically be treated as a Master Proof of Claim, will be treated as filed against all of the Debtors, and will be considered timely filed in all of the Chapter 11 cases. Likewise, if a creditor timely files a proof of claim using a form other than the Master Proof of Claim, that claim will still be treated as a Master Proof of Claim and as timely filed against all Debtors.

As used in this Notice, the term "claim" means, as to or against the Debtors and in accordance with section 101(5) of the Bankruptcy Code: (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## I. THE GENERAL BAR DATE

Except as expressly set forth in this Notice, all entities (except governmental units) holding unsecured claims against the Debtors that arose prior to the Petition Date, are required to file Proofs of Claim by **August 14, 2026 at 5:00 p.m. (prevailing Central Time)**. Except as expressly set forth in this Notice and the Order, this General Bar Date applies to all types of unsecured claims against the Debtors that arose prior to the Petition Date, including claims based on goods sold to the Debtors, services performed for the Debtors, money loaned or transferred to the Debtors, or any other claims for damages you may hold against the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

## II. WHO MUST FILE A PROOF OF CLAIM BY THE GENERAL BAR DATE

Any person or entity (excluding governmental units (as defined in section 101(27) of the Bankruptcy Code)) asserting claims against any of the Debtors is required to file a Proof of Claim on or before the General Bar Date, except as expressly provided herein:

i. Any claim that is listed on the Schedules filed by the Debtors, provided that (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated"; (ii) the claimant does not disagree with the amount, nature, and priority of the claim as set forth in the Schedules; and (iii) the claimant does not dispute that the claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

ii. Any claim held by a Debtor against another Debtor; or

iii. Any claim against a Debtor that is held by a non-Debtor subsidiary (whether direct or indirect) of the Debtors, including, without limitation, the Non-Debtor DSTs.[3]

iv. For the avoidance of doubt, the foregoing exemptions from the obligation to file a proof of claim do not apply to (i) any of the Debtors' insiders who are individuals, including controlling shareholders, and current or former officers, directors, managers, members, trustees, or similar individuals; and (ii) Realty Cap Advisors, LLC. Such entities must file a timely proof of claim to avoid being forever barred from asserting such claim(s).

## III. HOW TO FILE A PROOF OF CLAIM

For your convenience, enclosed with this Notice is a Master Proof of Claim Form. The Master Proof of Claim Form is also available online at https://dm.epiq11.com/case/ihcare/info. Each Proof of Claim must be submitted to the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Claims Agent"), in one of the following ways:

i. by electronic submission through the interface available at https://dm.epiq11.com/case/ihcare/info;

ii. upload a completed Proof of Claim Form in PDF format using the upload link available at https://dm.epiq11.com/case/ihcare/info; or

iii. if submitted through non-electronic means, by U.S. Mail or other hand delivery system at the following address:

**If by First-Class Mail:**
Inspired Healthcare Capital Holdings, LLC
Claims Processing Center

**If by Hand Delivery or Overnight Mail:**
Inspired Healthcare Capital Holdings, LLC
Claims Processing Center

[3] The term "DSTs" means Delaware statutory trusts. For purposes of this Motion, the term "Non-Debtor DSTs" shall mean Inspired Senior Living of Beaverton DST, Inspired Senior Living of Cinnaminson DST, Inspired Senior Living of Kennewick DST, and any other DSTs that are related to, or operated or managed by, the Debtors and their non-Debtor affiliates.

| | |
|---|---|
| c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4420<br>Beaverton, OR 97076-4420 | c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED**

The following requirements shall apply with respect to filing and preparing each Proof of Claim:

i. Contents. Each Proof of Claim must: (i) be legible; (ii) include a claim amount denominated in United States dollars; (iii) conform substantially to the Master Proof of Claim Form or Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is in ink.

ii. Electronic Signatures Permitted. Proofs of Claim signed electronically by the claimant or an authorized agent or legal representative of the claimant will be deemed acceptable for purposes of claims administration.

iii. Receipt of Service.

   a. Claimants who submit their Proofs of Claim through the online portal will receive an email confirmation from the Claims Agent within a reasonable time after submission.

   b. Claimants who upload completed Proofs of Claim in PDF format through the Claims Agent's website link will receive an email confirmation from the Claims Agent within a reasonable time after submission.

   c. Claimants wishing to receive acknowledgment that their Proofs of Claim were received by the Claims Agent by mail or hand delivery must submit (i) a copy of the Proof of Claim Form (in addition to the original Proof of Claim Form sent to the Claims Agent) and (ii) a self-addressed, stamped envelope.

## IV. ADDITIONAL INFORMATION

Copies of all pleadings, orders, and notices, and other information regarding the Chapter 11 Cases are available free of charge on the Debtors' informational website at https://dm.epiq11.com/case/ihcare/dockets. Filings in the Chapter 11 Cases also are available for a fee at the Court's website at https://www.txs.uscourts.gov/bankruptcy-court. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at https://www.pacer.gov. Documents filed in these cases also may be examined between the hours of 8:00 a.m. and 5:00 p.m. (prevailing Central Time), Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Northern District of Texas (Fort Worth Division), Eldon B. Mahon U.S. Courthouse, 501 W. 10th St. Fort Worth, TX 76102-3643.

If you require additional information regarding the filing of a Proof of Claim, you may (a) visit the Debtors' restructuring website at: https://dm.epiq11.com/case/ihcare/info; or (b) send an electronic mail message to InspiredHealthCareInfo@epiqglobal.com.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE.**