# **Exhibit B**

The Emerson Correspondence

---------- Forwarded message ---------
From: **Jason Ferneau** <jferneau@emersonequity.com>
Date: Mon, May 4, 2026 at 11:13 AM
Subject: IHC Bankruptcy Proof of Claim Form

Dear IHC Fund 5 & Income Investors,

Attached is a proof of claim form that must be submitted to the Bankruptcy Court to receive proceeds due to you as an unsecured creditor. Some have received this form, and some have not. Consequently, I am sending this out to everyone, so you have it on file. **DO NOT COMPLETE THIS FORM & DO NOT SUBMIT ANYTHING TO THE COURT!**

This form is **DUE JUNE 15, 2026**, so we have ample time to complete & make sure it is in good order prior to submission. We are in the process of engaging w/ a 3rd party legal team to complete the forms on all investor's behalf to ensure forms are in good order. Once that is finalized, I will make sure everyone has their form filled out properly & submitted to the court prior to the June 15, 2026 deadline.

I will follow up the week of May 18, 2026, on the status of the 3rd party review of the forms prior to submission. Thanks in advance for following the above direction regarding the Claim Forms. Please don't hesitate to reach out to me w/ any questions.

Warm Regards,

Jason Ferneau

EMERSON
FAMILY OFFICE

**Jason Ferneau**
CO-FOUNDER
MANAGING PARTNER DENVER

Emerson Family Office
975 Lincoln Street : Suite 204
Denver, CO 80203

O: 720.445.2162
C: 303.842.9319
jferneau@emersonfo.com

NEW YORK | SILICON VALLEY | LA | DENVER | SCOTTSDALE

*Securities offered through Emerson Equity LLC, Member FINRA, SIPC. Emerson Equity LLC is not otherwise affiliated with Emerson Family Office or any other entity identified herein. Please do not send trade instructions via email as they will not be honored.*

*Please consult Emerson Equity's Client Relationship Summary (Form CRS) for an overview of the types of services that we offer, including high-level information about fees, costs and conflicts of interest and how to obtain additional information about the firm.*

*All investing involves risk of loss of some or all principal invested. Past performance is not indicative of future performance. Speak to your tax/finance professional prior to investing.*

*IMPORTANT: The information contained in this email and/or its attachments is confidential. If you are not the intended recipient, please notify the sender immediately by reply and immediately delete this message and all its attachments. Any review, use, reproduction, disclosure or dissemination of this message or any attachment by an unintended recipient is strictly prohibited. Neither this message nor any attachment is intended as or should be construed as an offer, solicitation or recommendation to buy or sell any security or other financial instrument. Neither the sender, his or her employer nor any of their respective affiliates makes any warranties as to the completeness or accuracy of any of the information contained herein or that this message or any of its attachments is free of viruses*

**From:** Jim Shaw <jshaw@emersonequity.com>
**Sent:** Monday, May 4, 2026 10:05 AM
**To:** Jason Ferneau <jferneau@emersonequity.com>
**Subject:** Proof of Claim Form

Please see the attached.

All the best,

Jim

EMERSON EQUITY

**James G. Shaw**

Emerson Equity LLC
2163 Sylvan Way
West Linn, OR 97068

P: 213.361.7457
jshaw@emersonequity.com
CA BRE License #01168471

IMPORTANT: The information contained in this email and/or its attachments is confidential. If you are not the intended recipient, please notify the sender immediately by reply and immediately delete this message and all its attachments. Any review, use, reproduction, disclosure or dissemination of this message or any attachment by an unintended recipient is strictly prohibited. Neither this message nor any attachment is intended as or should be construed as an offer, solicitation or recommendation to buy or sell any security or other financial instrument. Neither the sender, his or her employer nor any of their respective affiliates makes any warranties as to the completeness or accuracy of any of the information contained herein or that this message or any of its attachments is free of viruses.

**Fill in this information to identify the case:**

Debtor 1 ______________________________

Debtor 2 ______________________________
(Spouse, if filing)

United States Bankruptcy Court for the: __________ District of __________

Case number ______________________

# Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   ______________________________
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor ______________________________

2. **Has this claim been acquired from someone else?**

   ❑ No
   ❑ Yes. From whom? ______________________________

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name | Name |
| Number Street | Number Street |
| City State ZIP Code | City State ZIP Code |
| Contact phone ______________ | Contact phone ______________ |
| Contact email ______________ | Contact email ______________ |

   Uniform claim identifier (if you use one):

   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**

   ❑ No
   ❑ Yes. Claim number on court claims registry (if known) ______ Filed on ______________
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ❑ No
   ❑ Yes. Who made the earlier filing? ______________

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**

❑ No
❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**

$____________________________. **Does this amount include interest or other charges?**

❑ No
❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____________________________________________________________________

9. **Is all or part of the claim secured?**

❑ No
❑ Yes. The claim is secured by a lien on property.

**Nature of property:**

❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
❑ Motor vehicle
❑ Other. Describe: ____________________________________________________________

**Basis for perfection:** ____________________________________________________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $__________________

**Amount of the claim that is secured:** $__________________

**Amount of the claim that is unsecured:** $__________________(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $____________________

**Annual Interest Rate** (when case was filed)_______%

❑ Fixed
❑ Variable

10. **Is this claim based on a lease?**

❑ No
❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $____________________

11. **Is this claim subject to a right of setoff?**

❑ No
❑ Yes. Identify the property: ___________________________________________________________________

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

❑ No

❑ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $____________________ |
| ❑ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $____________________ |
| ❑ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $____________________ |
| ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $____________________ |
| ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $____________________ |
| ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $____________________ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ________________
MM / DD / YYYY

____________________________________________________________
Signature

**Print the name of the person who is completing and signing this claim:**

Name ____________________________________________
First name Middle name Last name

Title ____________________________________________

Company ____________________________________________
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ____________________________________________
Number Street

____________________________________________
City State ZIP Code

Contact phone ______________________ Email ______________________

Print | Save As... | Add Attachment | Reset