**GREENBERG TRAURIG, LLP**
Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails:   Shari.Heyen@gtlaw.com
          James.Grogan@gtlaw.com

**GREENBERG TRAURIG, LLP**
Jared R. Weir (Tax. Bar No. 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email:   Jared.Weir@gtlaw.com

**GREENBERG TRAURIG, LLP**
David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

*Counsel to the Official*
*Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Dkt. No. 510, 540, 575, 576, and 624** |
| | ) | |

**NOTICE OF RESCHEDULED HEARING ON (i) EMERGENCY MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN
ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING THE
PRODUCTION OF DOCUMENTS BY DEBTORS; (ii) AMENDED EMERGENCY
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ENTRY OF AN ORDER (I) EXTENDING THE GENERAL BAR DATE,**

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

ACTIVE 723017652v1

## (II) APPROVING THE FORM, MANNER, AND PROCEDURE FOR FILING PROOFS OF CLAIM BY UNSECURED CREDITORS AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on April 22, 2026, the Official Committee of Unsecured Creditors (the "Committee") filed the *Emergency Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Directing the Production of Documents by Debtors* (the "Emergency Rule 2004 Motion") [Dkt. No. 510].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Emergency Rule 2004 Motion that was scheduled for April 30, 2026, at 1:30 p.m. (prevailing Central Time) was canceled and hearing on the Emergency Motion to Compel was rescheduled for **May 26, 2026, at 1:30 p.m. (prevailing Central Time)** [Dkt. Nos. 540, 543].

**PLEASE TAKE FURTHER NOTICE** that on May 7, 2026, the Committee filed the *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (i) Extending the General Bar Date, (ii) Approving the Form, Manner, and Procedure for Filing Proofs of Claim by Unsecured Creditors and (iii) Granting Related Relief* (the "Emergency Bar Date Motion") and the *Notice of Filing Amended Exhibits* [Dkt. Nos. 575, 576]. The Emergency Bar Date Motion includes a hearing date of **May 26, 2026, at 1:30 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE THAT** the on May 11, 2026, the Committee filed the *Amended Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (i) Extending the General Bar Date, (ii) Approving the Form, Manner, and Procedure for Filing Proofs of Claim by Unsecured Creditors and (iii) Granting Related Relief* (the "Amended Emergency Bar Date Motion") [Dkt. No. 624], which also includes a hearing date of **May 26, 2026, at 1:30 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that hearing on the Emergency Rule 2004 Motion and the Amended Emergency Bar Date Motion is being rescheduled to **June 2, 2026, at 1:30 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in hybrid format, with parties being permitted to appear either in-person or virtually via WebEx, at their option. For purposes of this Hearing, the Court will allow argument and evidence to be presented and witness testimony to be given via WebEx. Parties who wish to participate in the hearing via WebEx may do so at the following link:

https://us-courts.webex.com/meet/mullin

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

|  |  |
|---|---|
| Dial-In: | 650-479-3207 |
| Access Code: | 2310-650-8783 |

2

ACTIVE 723017652v1

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/ihc/info, (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

Dated: May 12, 2026.                                Respectfully submitted,

                                                    **GREENBERG TRAURIG, LLP**

                                                    By:  */s/ James T. Grogan III*
                                                    Shari L. Heyen (Tex. Bar No. 09564750)
                                                    James T. Grogan III (Tex. Bar. No. 24027354)
                                                    1000 Louisiana Street, Suite 6700
                                                    Houston, Texas 77002
                                                    Telephone: (713) 374-3500
                                                    Facsimile: (713) 374-3505
                                                    Emails: Shari.Heyen@gtlaw.com
                                                            James.Grogan@gtlaw.com

                                                    – and –

                                                    Jared R. Weir (Tex. Bar No. 24075253)
                                                    2200 Ross Avenue, Suite 5200
                                                    Dallas, Texas 75201
                                                    Telephone: (214) 665-3600
                                                    Facsimile: (214) 665-3601
                                                    Email: Jared.Weir@gtlaw.com

                                                    – and –

                                                    David B. Kurzweil (Admitted *Pro Hac Vice*)
                                                    Terminus 200
                                                    3333 Piedmont Road NE, Suite 2500
                                                    Atlanta, Georgia 30305
                                                    Telephone: (678) 553-2100
                                                    Facsimile: (678) 553-2212
                                                    Email: KurzweilD@gtlaw.com

                                                    ***Counsel to the Official***
                                                    ***Committee of Unsecured Creditors***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2026, a true and correct copy of the foregoing document was served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail.

By: */s/ James T. Grogan III*
James T. Grogan III

ACTIVE 723017652v1