Joseph M. Coleman (TX SBN 04566100)
JaKayla J. DaBera (TX SBN 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: jdabera@krcl.com


Mark C. Taylor (TX SBN 19713225)
Morris D. Weiss (TX SBN 21110850)
Jason B. Binford (TX SBN 24045499)
**KANE RUSSELL COLEMAN LOGAN PC**
401 Congress Ave., Suite 2100
Austin, Texas 78701
Tel.: (512) 487-6650
Email: mtaylor@krcl.com
Email: mweiss@krcl.com
Email: jbinford@krcl.com

*Proposed Co-Counsel for the Official Committee of Delaware Statutory Trust (DST) Investors*

Steven J. Levitt (TX SBN 24092690)
Brent R. McIlwain (TX SBN 24013140)
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel.: (214) 969-1700
Email: steven.levitt@hklaw.com
Email: brent.mcilwain@hklaw.com


Tyler N. Layne (TN SBN 033401) (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel.: (615) 850-8159
Email: tyler.layne@hklaw.com

*Proposed Co-Counsel for the Official Committee of Delaware Statutory Trust (DST) Investors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**AMENDED NOTICE OF HEARING ON OFFICIAL COMMITTEE OF DELAWARE STATUTORY TRUST (DST) INVESTORS' EMERGENCY MOTION TO AUTHORIZE COMMUNICATIONS WITH DST INVESTORS**

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

**[Relates to ECF #693]**

**PLEASE TAKE NOTICE** that a hybrid hearing will be held on **Tuesday, June 2, 2026, at 1:30 p.m.**, prevailing central time, before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, 501 W. Tenth Street, Room 128, Fort Worth, Texas 76102 (the "Hearing"), to consider the following matters:

- *Official Committee of Delaware Statutory Trust (DST) Investors' Emergency Motion to Authorize Communications with DST Investors* [ECF #693]

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in hybrid format, with parties being permitted to appear either in-person or virtually via WebEx, at their option. For purposes of this Hearing, the Court will allow argument and evidence to be presented and witness testimony to be given via WebEx. Parties who wish to participate in the hearing via WebEx may do so at the following link:

https://us-courts.webex.com/meet/mullin

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

| | |
|---|---|
| Dial-In: | 650-479-3207 |
| Access Code: | 2310 650 8783 |

**PLEASE TAKE FURTHER NOTICE** that prior to the hearing, parties should review the Court's WebEx Hearing Instructions listed on Judge Mullin's webpage at the following address:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/ihc/info, (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

[*remainder of page intentionally left blank*]

Dated: May 28, 2026

Respectfully submitted,

/s/  JaKayla J. DaBera
_____

**KANE RUSSELL COLEMAN LOGAN PC**
Joseph M. Coleman (TX Bar No. 0456610)
JaKayla J. DaBera (TX Bar No. 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone:   (214) 777-4200
Facsimile:   (214) 777-4299
Email:        jcoleman@krcl.com
               jdabera@krcl.com

- and -


Mark C. Taylor (TX Bar No. 19713225)
Morris D. Weiss (TX Bar No. 21110850)
Jason Binford (TX Bar No. 24045499)
401 Congress Ave., Ste. 2100
Austin, Texas 78701
Telephone:   (512) 487-6650
Email:        mtaylor@krcl.com
               mweiss@krcl.com
               jbinford@krcl.com

**HOLLAND & KNIGHT LLP**
Steven J. Levitt (TX Bar No. 24092690)
Brent R. McIlwain (TX Bar No. 24013140)
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:   (214) 969-17000
Email:        steven.levitt@hklaw.com
               brent.mcilwain@hklaw.com

- and -

Tyler N. Layne (TN Bar No. 033401) (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:   (615) 850-8159
Email:        tyler.layne@hklaw.com

*Proposed Co-Counsel for the Official Committee of Delaware Statutory Trust (DST) Investors*

*Proposed Co-Counsel for the Official Committee of Delaware Statutory Trust (DST) Investors*

## CERTIFICATE OF SERVICE

This is to certify that on May 28, 2026, a true and correct copy of the foregoing document was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

/s/ JaKayla J. DaBera
_____
JaKayla J. DaBera