# **Exhibit A**

The Emerson Letter

May 18, 2026

Dear Inspired Healthcare Investors Group,

We are pleased to provide an update regarding the Inspired Healthcare Capital bankruptcy.

As previously reported, on Wednesday, April 29, 2026, the US Trustee approved the formation of an official committee of DST investors (the "DST Committee"). The DST committee along with the existing official committee of unsecured creditors (the committee representing the investors in the non-1031 Funds) will represent the interests of the unsecured creditors and DST owners as a group, not just individual members in the bankruptcy proceedings. Following the approval of the DST Committee, the US Trustee solicited interest from DST investors who wished to be members of the DST Committee. On Thursday, May 14, 2026, the US Trustee announced the formation of the DST Committee with five members, all of whom are investors in one or more IHC DSTs. It is anticipated that this official DST committee will have a budget of $4MM to use to engage legal counsel and other financial professionals to assist them in navigating the bankruptcy process.

Additionally, on Thursday, May 7, 2026, the official committee of unsecured creditors (the "UCC") filed an emergency motion to extend the deadline for submitting proof of claim forms to August 14, 2026. The motion also included a provision for providing investors a much-simplified process for completing and filing the proof of claim forms. As it currently stands, the process may require each DST investor to file five separate forms for each of their DST investments, and each non-1031 Fund investor may need to file four separate forms for each of their investment(s) in non-1031 Funds.

The UCC's motion stated that such an extension and simplified process is warranted due to the complexity of the case (encompassing over $1.2B raised from more than 5,800 investors); certain information that could be critical to investors accurately completing the proof of claim forms remains unavailable and undisclosed; the UCC has only recently received access to the Debtors books, records and transactional data; and that potential fraud through years of inter-company transfers and subsidies, all of which remain under active investigation by the UCC, complicates creditor's ability to assess their rights and to assert claims with accuracy before the current deadline of June 15, 2026.

The motion has been filed and a hearing on the motion is currently scheduled for June 2, 2026 (postponed from the original date of May 26th). There is no guarantee of the extension and therefore eligible creditors should assume the June 15, 2026 filing deadline remains in effect. To assist in completing the claim forms by the current deadline of June 15, 2026, sample forms and a FAQ have been prepared by the McQuade Law Group ("McQuade") who sent these materials to the DST investors they represent. For those not represented by McQuade, we will provide copies of the sample forms and FAQ to any DST investors upon request. We will also make available similar forms and FAQ to investors in the non-1031 Funds.

EMERSONEQUITY

During the week of May 18, 2026, we will host a series of webinars to assist in the proper completion of the forms. These webinars will be held Wednesday, May 20th at 11:00 and 2:00 PDT and Thursday, May 21st at 12:00 and 4:00 PDT. We have developed a process to auto-fill all proof of claim forms for Emerson clients. The auto-filled forms are expected to be emailed to Emerson Representatives by approximately May 23, 2026 for distribution to their clients.

Clients are strongly advised to carefully review all pre-filled forms for accuracy before signing, as the forms are filed under penalty of perjury. After reviewing the forms, clients should print, sign, make copies for themselves and their Emerson Representative. They should then mail the originals via certified mail with return receipt requested to EPIC Corporate Restructuring. We will include the proper address for Epiq with the auto-filled forms that are sent to each investor.

Because these matters are subject to ongoing Chapter 11 proceedings, much of the information available to investors will be provided through filings with the U.S. Bankruptcy Court. We encourage investors to monitor the proceedings through filings available on the U.S. Bankruptcy Court Docket, located at: https://dm.epiq11.com/case/inspiredhealthcare/info

This update is provided for informational purposes only and should not be interpreted as legal advice or a recommendation regarding any course of action. Investors should consult their own legal or financial advisers regarding their individual circumstances.

Again, we appreciate your continued support and we will provide another update as we receive additional information.

Respectfully,

James G. Shaw

jshaw@emersonequity.com