**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 26-90004 (MXM)<br><br>(Jointly Administered) |

**SECOND STIPULATION AND AGREED ORDER BETWEEN DEBTORS
AND PATRICK LAM TO EXTEND TIME FOR PATRICK LAM TO
RESPOND TO DEBTORS' MOTION FOR ENTRY OF AN ORDER
PURSUANT TO BANKRUPCY RULE 2004**

Inspired Healthcare Capital Holdings, LLC ("Holdings") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and third-party Patrick Lam enter into this stipulation ("Stipulation") and consent to entry of the agreed order (the "Order") as follows:

---

[1]     The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

WHEREAS, on February 27, 2026, Debtors filed a "Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 (I) Directing Examination of Patrick Lam and (II) Directing the Production of Documents" ("Debtors' 2004 Motion") [ECF 189].

WHEREAS, by order entered April 23, 2026, the time for Mr. Lam to respond to Debtors' 2004 Motion was extended to June 1, 2026 [ECF 511].

WHEREAS, after the filing of Debtors' 2004 Motion, counsel for Debtors and counsel for Mr. Lam met and conferred about the proposed requests and agreed upon an initial production scope, which Mr. Lam has since produced.  To facilitate any further meet and confer discussions, and to avoid additional distraction and cost at this time, counsel for Debtors and Mr. Lam have agreed to further extend the time for Mr. Lam to file a response to Debtors' 2004 Motion until and including Tuesday, June 30, 2026.

WHEREAS, nothing in this Stipulation and Order prejudices or waives any argument or objections that Mr. Lam or Debtors may have as to Debtors' 2004 Motion, the proposed order attached thereto, and/or the proposed requests attached thereto (or otherwise in these proceedings).

**IT IS THEREFORE STIPULATED AND AGREED BY THE PARTIES AND ORDERED BY THE COURT THAT:**

1.      Mr. Lam is granted an extension until and including Tuesday, June 30, 2026 to file a response to Debtors' 2004 Motion.

###End of Order###

AGREED TO FORM AND SUBSTANCE:

Respectfully submitted,

**DECHERT LLP**                                  **HOLLAND & HART LLP**

    */s/ Jerry Hall*                                    */s/ Shannon Calhoun*
Marcus A. Helt (TX 24052187)          Brian Neil Hoffman (admitted in CO
Jack G. Haake (TX 24127704)           (#32999) and DC (#1031991))
Debbie E. Green (TX 24059852)         Shannon Calhoun (admitted in CO (#58175))
2651 N. Harwood Street, Suite 120     555 17th Street, Suite 3200
Dallas, TX 75201                      Denver, CO 80202
Tel:    (214) 453-4900                Tel:    303.295.8000
Marcus.Helt@dechert.com               BNHoffman@hollandhart.com
Jack.Haake@dechert.com                SNCalhoun@hollandhart.com
Debbie.Green@dechert.com

                                      *Counsel to Patrick Lam*
and

Jerry Hall *(admitted pro hac vice)*
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel:    (212) 698-3500
Jerry.Hall@dechert.com

*Counsel to Debtors*