**GREENBERG TRAURIG, LLP**
Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails:   Shari.Heyen@gtlaw.com
              James.Grogan@gtlaw.com

**GREENBERG TRAURIG, LLP**
Jared R. Weir (Tax. Bar No. 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email:   Jared.Weir@gtlaw.com

**GREENBERG TRAURIG, LLP**
David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

*Counsel to the Official*
*Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) ) ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' _AMENDED_
WITNESS AND EXHIBIT LIST FOR HEARING ON JUNE 2, 2026, AT 1:30 P.M.
(PREVAILING CENTRAL TIME)**

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

ACTIVE 724331369

The Official Committee of Unsecured Creditors (the "Committee") hereby designates the

following witnesses and exhibits (the "Amended Witness and Exhibit List") for the hearing to be

held on *June 2, 2026, at 1:30 p.m. (prevailing Central Time)* before the Honorable Mark X.

Mullin.

## A. WITNESSES

At the hearing, the Committee may call the following people to testify as witnesses:

1. Patrick Thibaudeau, Chairperson of the Committee.

2. David Galfus, Managing Director, Berkeley Research Group.

3. All persons listed on the witness list of any other party;

4. Any rebuttal and/or impeachment witnesses; and

5. Any witness necessary to authenticate a document.

## B. EXHIBITS

| Ex. # | Exhibits | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Schedule E/F in *In re Inspired Healthcare Capital Fund LP*, Case No. 26-90142 [Dkt. No. 7] | | | | |
| 2. | Schedule E/F in *In re Inspired Healthcare Capital Income Fund LLC*, Case No. 26-90152 [Dkt. No. 7] | | | | |
| 3. | Schedule E/F in *In re Inspired Healthcare Capital Income Fund 2 LLC*, Case No. 26-90143 [Dkt. No. 7] | | | | |
| 4. | Schedule E/F in *In re Inspired Healthcare Capital Income Fund 3 LLC*, Case No. 26-90146 [Dkt. No. 7] | | | | |
| 5. | Schedule E/F in *In re Inspired Healthcare Capital Income Fund 5, LLC*, Case No. 26-90150 [Dkt. No. 7] | | | | |
| 6. | Schedule E/F in *In re Inspired Healthcare Capital Income Fund 5* | | | | |

2

ACTIVE 724331369

| Ex. # | Exhibits | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | *Notes LLC*, Case No. 26-90147 [Dkt. No. 7] | | | | |
| 7. | Schedule E/F in *In re IHC Development Fund III, LLC*, Case No. 26-90015 [Dkt. No. 7] | | | | |
| 8. | Schedule E/F in *In re Inspired Healthcare Capital Liquidity Fund LLC*, Case No. 26-90156 [Dkt. No. 7] | | | | |
| 9. | Schedule E/F in *In re IHC Development Fund IV, LLC*, Case No. 26-90018 [Dkt. No. 7] | | | | |
| 10. | Schedule E/F in *In re IHC Security Income Fund LLC*, Case No. 26-90019 [Dkt. No. 7] | | | | |
| 11. | Emerson Correspondence [Exhibit B, Dkt. No. 624-2] | | | | |
| 12. | Declaration of Patrick Thibaudeau [Dkt. No. 712] | | | | |
| 13. | Emerson Letter [Exhibit A, Dkt. No. 712-1] | | | | |
| 14. | Email dated March 24, 2026, from M. Wang to counsel for the Debtors transmitting The Official Committee of Unsecured Creditors' First Set of Requests for Production of Documents to the Debtors [Exhibit C, Dkt. 510-3] | | | | |
| 15. | Correspondence ending with March 25, 2026, email from M. Wang to counsel for the Debtors re: first priority - UCC Document Requests [Exhibit D, Dkt. 510-4] | | | | |
| 16. | Email dated March 31, 2026, email from M. Wang to counsel for the Debtors re: second priority - UCC Document Requests [Exhibit E, Dkt. 510-5] | | | | |
| 17. | Debtors' Responses and Objections to the Official Committee of Unsecured | | | | |

ACTIVE 724331369

| Ex. # | Exhibits | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Creditors' First Set of Requests for Production of Documents dated April 2, 2026 [Exhibit F, Dkt. 510-6] |  |  |  |  |
| 18. | Correspondence dated April 7, 2026, between M. Wang and counsel for the Debtors [Exhibit G, Dkt. 510-7] |  |  |  |  |
| 19. | Correspondence dated April 15-17, 2026, between counsel for the Debtors and M. Wang [Exhibit H, Dkt. 510-8] |  |  |  |  |
| 20. | Correspondence dated April 19-20, 2026, between M. Wang and counsel for the Debtors [Exhibit I, Dkt. 510-9] |  |  |  |  |
| 21. | Debtors' Responses and Objections to the Official Committee of Unsecured Creditors' First Set of Requests for Production of Documents dated April 17, 2026 [Exhibit J, Dkt. 510-10] |  |  |  |  |
| 22. | Requests for Production of Documents on the Debtors, *marked Draft* [Exhibit B, Dkt. No. 510-2] |  |  |  |  |
| 23. | Declaration of David Galfus [Dkt. No. 711] |  |  |  |  |
| 24. | Summary of Email Correspondence between BRG and Ankura [Exhibit A, Dkt. No. 711-1] |  |  |  |  |
| 25. | March 4, 2026, Email from BRG to Ankura [Exhibit B-1, Dkt. No. 711-2] |  |  |  |  |
| 26. | March 16, 2026, Email from BRG to Ankura [Exhibit B-2, Dkt. No. 711-3] |  |  |  |  |
| 27. | March 25, 2026, Email from BRG to Ankura [Exhibit B-3, Dkt. No. 711-4] |  |  |  |  |
| 28. | March 27, 2026, Email from BRG to Ankura [Exhibit B-4, Dkt. No. 711-5] |  |  |  |  |
| 29. | March 30, 2026 Email from BRG to Ankura [Exhibit B-5, Dkt. No. 711-6] |  |  |  |  |

4

ACTIVE 724331369

| Ex. # | Exhibits | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 30. | March 31, 2026, Email from Ankura to BRG [Exhibit B-6, Dkt. No. 711-7] | | | | |
| 31. | April 1, 2026, Email from BRG to Ankura [Exhibit B-7, Dkt. No. 711-8] | | | | |
| 32. | April 10, 2026, Email from BRG to Ankura [Exhibit B-8, Dkt. No. 711-9] | | | | |
| 33. | April 15, 2026, Email from BRG to Ankura [Exhibit B-9, Dkt. No. 711-10] | | | | |
| 34. | April 17, 2026, Email from BRG to Ankura [Exhibit B-10, Dkt. No. 711-11] | | | | |
| 35. | April 27, 2026, Email from BRG to Ankura [Exhibit B-11, Dkt. No. 711-12] | | | | |
| 36. | May 1, 2026, Email from BRG to Ankura [Exhibit B-12, Dkt. No. 711-13] | | | | |
| 37. | May 1, 2026, Follow-Up Email from BRG to Ankura [Exhibit B-13, Dkt. No. 711-14] | | | | |
| 38. | May 6, 2026, Follow-Up Email from BRG to Ankura [Exhibit B-14, Dkt. No. 711-15] | | | | |
| 39. | May 8, 2026, Email from BRG to Ankura [Exhibit B-15, Dkt. No. 711-16] | | | | |
| 40. | May 11, 2026, Email from BRG to Ankura [Exhibit B-16, Dkt. No. 711-17] | | | | |
| 41. | May 15, 2026, Email from BRG to Ankura [Exhibit B-17, Dkt. No. 711-18] | | | | |
| 42. | May 17, 2026, Follow-Up Email from BRG to Ankura [Exhibit B-18, Dkt. No. 711-19] | | | | |

ACTIVE 724331369

| Ex. # | Exhibits | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 43. | Summary of Missing Accounts [Exhibit C, Dkt. No. 711-20] | | | | |
| 44. | March 24, 2026, Email from Greenberg Traurig to Debtors about First Request for Production of Documents | | | | |
| 45. | March 25, 2026 and March 31, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 46. | April 2, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 47. | April 4 – 17, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 48. | April 19, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 49. | April 20, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 50. | April 21 – 22, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 51. | April 24, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 52. | April 25, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 53. | April 27, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 54. | April 28, 2026 and April 30, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |

6

| Ex. # | Exhibits | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 55. | May 1, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 56. | May 4 – May 18, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 57. | May 22, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 58. | May 27, 2026 and May 28, 2026, Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 59. | Summary of Email Correspondence between Greenberg Traurig and Debtors | | | | |
| 60. | Any exhibit identified or admitted by any other party. | | | | |
| 61. | Any rebuttal or impeachment exhibits. | | | | |
| 62. | Any demonstrative exhibits. | | | | |
| 63. | Any other document entered or filed in the above-styled chapter 11 cases, including any exhibits thereto. | | | | |

The Committee reserves the right to amend and/or supplement this Amended Witness and

Exhibit List at any time prior to the hearing.

Dated: June 1, 2026.                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**
By: */s/ James T. Grogan III*
Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar. No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails: Shari.Heyen@gtlaw.com
        James.Grogan@gtlaw.com

7

ACTIVE 724331369

– and –

Jared R. Weir (Tex. Bar No. 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

– and –

David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

***Counsel to the Official
Committee of Unsecured Creditors***

8

ACTIVE 724331369

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026 the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail.

By: */s/ James T. Grogan III*
James T. Grogan III

ACTIVE 724331369