

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 2, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) Case No. 26-90004 (MXM) |
| | ) (Jointly Administered) |
| Debtors. | ) **Related to Docket No. 553** |
| | ) |

### ORDER (I) EXTENDING DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4) AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"),

extending, through August 31, 2026, the Debtors' deadline to assume or reject the Real Property

---

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Leases pursuant to Bankruptcy Code section 365(d)(4), all as more fully set forth in the Motion;

and upon consideration of the First Day Declaration; and the Court having jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases*

*and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court

for the Northern District of Texas; and the matter being a core proceeding within the meaning of

28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper

pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent

with Article III of the United States Constitution; and due and sufficient notice of the Motion

having been given under the particular circumstances; and the Court having reviewed the Motion

and having heard the statements in support of the relief requested therein at a hearing before this

Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth

in the Motion and at the Hearing establish just cause for the relief granted herein; and it appearing

that no other or further notice is necessary; and it appearing that the relief requested in the Motion

is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and

after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is granted as set forth herein.

2.      Pursuant to Bankruptcy Code section 365(d)(4), the deadline for the Debtors to

assume or reject any Real Property Leases is hereby extended through and including August 31,

2026 (the "365(d)(4) Period").

3.      This Order shall be without prejudice to the Debtors' rights to seek further

extensions of the 365(d)(4) Period with the consent of any affected Lessors.

4.      Nothing in this Order shall constitute or be deemed an admission or determination that any particular Real Property Lease constitutes a non-residential real property lease within the meaning of section 365(d)(4) of the Bankruptcy Code , and the Debtors expressly reserve all rights with respect thereto.

5.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a), the Local Rules, and the Complex Case Procedures are satisfied by such notice.

6.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7.      The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

8.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # END OF ORDER # # #

Prepared and presented by:

/s/ *Debbie E. Green*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2801 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
**DECHERT LLP**
Telephone:     (214) 453 4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

*Proposed Counsel for the Debtors and*
*Debtors-in-Possession*