BTXN 208 (rev. 04/26)

| IN RE: Inspired Healthcare Capital Holdings, LLC | *COURT ADMITTED EXHIBITS* | Case # 26−90004−mxm11 |
|---|---|---|

DEBTOR

| 6/2/2026 | Mark X. Mullin |
|---|---|
| *HEARING DATE* | *JUDGE PRESIDING* |
| Motion to compel re: discovery (ECF 510) and Motion for leave (ECF 624) | Myah Trevino |
| *HEARING TYPE* | *REPORTED BY* |

| MOVANT/RESPONDENT | ATTORNEY INFORMATION | EXHIBITS |
|---|---|---|
| Inspired Healthcare Capital Holdings, LLC | Jerry L. Hall | Admitted Exhibit 1 for the limited purpose as stated on the record found at ECF 716 |
| | | Exhibits 2−3 found at ECF 716 |
| Official Committee of Unsecured Creditors | Anthony W. Clark | Admitted Exhibits 1−22 and 24−59 found at ECF 735 |
| | | Exhibit 23 admitted for the limited purpose as stated on the record also found at ECF 735 |