

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 3, 2026**

United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**ORDER GRANTING OFFICIAL COMMITTEE OF DELAWARE
STATUTORY TRUST INVESTORS'S *EMERGENCY* MOTION
TO AUTHORIZE COMMUNICATIONS WITH DST INVESTORS**

The Court has considered the *Emergency Motion to Authorize Communications with DST Investors* [Doc. No 693] (the "Motion") filed by the Delaware Statutory Trust Committee.[2] The Court, having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 to consider the Motion and the relief

---

[1]    The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

[2]    Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

12003458v3 (75943.00002.000)

requested therein; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being satisfied that notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and no further or other notice need be given; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      The form of the DST POC Communication in the form attached hereto as **Exhibit A** is approved.

3.      The DST Committee is permitted to (a) provide information about the proof of claim and interest process, FAQs and other information on the DST Website and supplements thereto and/or (b) send additional communications to the DST Investors; both (a) and (b) shall be, unless the circumstances require otherwise, following three (3) calendar day's written notice provided by the DST Committee to the Debtors and to the Unsecured Creditor Committee.[3]

4.      The DST Committee is authorized to take all such actions as necessary or appropriate to implement the terms of this Order including, without limitation, creating the DST Website and having the DST POC Communication sent to the DST Investors.

5.      The Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement, and enforce the provisions of the Order.

### ### END OF ORDER ###

---

[3]   The DST Committee reserves the right to send communications to the DST Investors or add it to the DST Website without such three calendar day's notice if the DST Committee considers it necessary or appropriate to do so under the circumstances. However, such communication will not be deemed to be approved by the Court and all parties will reserve all rights related to same.

12003458v3 (75943.00002.000)

Submitted By:

**KANE RUSSELL COLEMAN LOGAN PC**
Joseph M. Coleman (TX Bar No. 0456610)
JaKayla J. DaBera (TX Bar No. 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone:  (214) 777-4200
Facsimile:  (214) 777-4299
Email:      jcoleman@krcl.com
            jdabera@krcl.com


     -and-


Mark C. Taylor (TX Bar No. 19713225)
401 Congress Ave., Ste. 2100
Austin, Texas 78701
Telephone:  (512) 487-6650
Email:      mtaylor@krcl.com

*Proposed Co-Counsel for the Official Committee
of Delaware Statutory Trust (DST) Investors*

**HOLLAND & KNIGHT LLP**
Steven J. Levitt (TX Bar No. 24092690)
Brent R. McIlwain (TX SBN 24013140)
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 969-17000
Email:      steven.levitt@hklaw.com
            brent.mcilwain@hklaw.com


     - and -


Tyler N. Layne (TN Bar No. 033401)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:  (615) 850-8159
Email:      tyler.layne@hklaw.com

*Proposed Co-Counsel for the Official Committee of
Delaware Statutory Trust (DST) Investors*

12003458v3 (75943.00002.000)