# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC,** *et al.* | ) | **Case No. 26-90004 (MXM)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

# COMMUNICATION FROM THE DST COMMITTEE TO THE DST INVESTORS REGARDING PROOFS OF CLAIM

On May 14, 2026, the United States Trustee appointed an official committee (the "DST Committee") of Delaware Statutory Trust investors ("DST Investors") to represent the interests of the more than 2,300 DST investors involved in this bankruptcy case.

The United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court"), has authorized the DST Committee to provide the following communication to all DST Investors regarding filing a proof of claim in the Chapter 11 bankruptcy case of Inspired Healthcare Capital Holdings, LLC, et al., Case No. 26-90004 (Jointly Administered) (the "Bankruptcy Case"):

The deadline to file a proof of claim in the Bankruptcy Case has been extended and the deadline is now **August 14, 2026**

The Bankruptcy Court has also authorized the DST Committee to establish a website **https://dm.epiq11.com/case/inspiredhealthcare/info/1** to

12005731v3 (75943.00002.000)

communicate with DST Investors. This Web Site will provide information that the DST Committee desires to communicate to the DST Investors and will provide information about filling out and filing Proofs of Claim and Interest.

The Bankruptcy Court has also authorized the creation of an email for DST Investors to send questions regarding the Bankruptcy Case. The email address is: **DSTInvestorQuestions@hklaw.com**.

Joseph M. Coleman (TX SBN 04566100)
JaKayla J. DaBera (TX SBN 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: jdabera@krcl.com

Mark C. Taylor (TX SBN 19713225)
Morris D. Weiss (TX SBN 21110850)
Jason B. Binford (TX SBN 24045499)
**KANE RUSSELL COLEMAN LOGAN PC**
401 Congress Ave., Suite 2100
Austin, Texas 78701
Tel.: (512) 487-6650
Email: mtaylor@krcl.com
Email: mweiss@krcl.com
Email: jbinford@krcl.com

*Proposed Co-Counsel for the Official Committee of Delaware Statutory Trust (DST) Investors*

Steven J. Levitt (TX SBN 24092690)
Brent R. McIlwain (TX SBN 24013140)
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel.: (214) 969-1700
Email: steven.levitt@hklaw.com
Email: brent.mcilwain@hklaw.com

Tyler N. Layne (TN SBN 033401) (*pro hac vice* pending)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel.: (615) 850-8159
Email: tyler.layne@hklaw.com

*Proposed Co-Counsel for the Official Committee of Delaware Statutory Trust (DST) Investors*

12005731v3 (75943.00002.000)