**DECHERT LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453 4900
marcus.helt@Dechert.com
jack.haake@Dechert.com
debbie.green@Dechert.com

*Proposed Counsel for the Debtors and*
*Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | Case No. 26-90004 (MXM) |
| | (Jointly Administered) |
| Debtors. | **Related to dockets 465** |

**FOURTH NOTICE OF AMENDED SALE DEADLINES**

**PLEASE TAKE NOTICE** that on May 13, 2026, the above captioned Court entered the *Order Granting Debtors' Motion for the Entry of an Order (I) Establishing Bid Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Authorizing the Debtors to Enter into a Stalking Horse Agreement and Provide Bid Protections, (IV0 Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (VI) Granting Related Relief* [Docket. No. 465] (the "Bid Procedures Order").[2]

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures Order established certain important dates and deadlines and provided the Debtors authority to modify such schedule and deadlines.

**PLEASE TAKE FURTHER NOTICE** that the Debtors previously filed a *Notice of Amended Sale Deadlines* on May 14, 2026 [Docket No. 635] (the "First Amended Sale Notice") and on May 27, 2026 [Docket No. 697] (the "Second Amended Sale Notice").

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2026, the Debtors, after consulting with the Consultation Parties, filed a *Notice of Amended Sale Deadlines* [Docket No. 725] (the "Third Amended Sale Notice") modifying the Deadline to Designate a Stalking Horse Bidder from June 12, 2026, at 12:00 p.m., prevailing Central Time to June 15, 2026, at 12:00 p.m., prevailing Central Time.

**PLEASE TAKE FURTHER NOTICE** that, due to a very strong response from the market, the Debtors have determined, after consulting with the Consultation Parties, that the Deadline to Designate a Stalking Horse Bidder will be modified from June 15, 2026, at 12:00 p.m., prevailing Central time to **June 29, 2026, at 12:00 p.m., prevailing Central Time**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, after consulting with the Consultation Parties, have further determined that the existing Sale Deadlines will be modified as follows:

| Action | Description | Deadline |
|---|---|---|
| Deadline to Designate a Stalking Horse Bidder | The deadline by which the Debtors may designate a Stalking Horse Bidder | June 29, 2026, at 12:00 p.m., prevailing Central Time |
| Bid Deadline | The deadline by which all binding Bids must be actually received pursuant to the Bid Procedures. | July 24, 2026, at 12:00 p.m., prevailing Central Time |
| Credit Bid Deadline | The deadline by which all credit bids must be actually received pursuant to the Bid Procedures. | July 25, 2026, at 12:00 p.m., prevailing Central Time |
| Auction (if any) | The date and time of the Auction. | July 29, 2026, at 10:00 a.m., prevailing Central Time |
| Notice of Successful Bidder | The deadline by which the Debtor will file on the docket, but not serve, a notice identifying the Successful Bidder, the applicable Successful Bidder, the Assets, and the key terms of the agreement. | Within one (1) business day upon the conclusion of the Auction (if any). |

| Action | Description | Deadline |
| --- | --- | --- |
| Sale Objection Deadline | The deadline by which objections to the Successful Bidder and Transaction, if any, or to dispute the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Executory Contract or Unexpired Lease must be made. | The later of (a) July 31, 2026, at 4:00 p.m., prevailing Central Time, and (b) one (1) business day following the conclusion of the Auction. |
| Sale Hearing | The Hearing, if any, before the Court to consider approval of the Successful Bid or Successful Bids, pursuant to which the Debtor and the Successful Bidder or Successful Bidders will consummate the Transaction. | August 6, 2026, subject to Court availability |

Dated: June 11, 2026
Dallas, Texas

*/s/Jack G. Haake*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
**DECHERT LLP**
Telephone: (214) 453-4900
marcus.helt@Dechert.com
jack.haake@Dechert.com
debbie.green@Dechert.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing notice was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing notice.

Dated: June 11, 2026
Dallas, Texas

*/s/ Jack G. Haake*
Jack G. Haake