**DECHERT LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201
Telephone: (214) 453-4900
Email: marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

**DECHERT LLP**
Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: jerry.hall@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | Case No. 26-90004 (MXM) |
| | (Jointly Administered) |
| Debtors. | **Related to Dockets Nos. 465, 1200** |

**THIRTEENTH NOTICE OF AMENDED SALE DEADLINES**

**PLEASE TAKE NOTICE** that on May 13, 2026, the above captioned Court entered the *Order Granting Debtors' Motion for the Entry of an Order (I) Establishing Bid Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Authorizing the Debtors to Enter into a Stalking Horse Agreement and Provide Bid Protections, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (VI) Granting Related Relief* [Docket. No. 465] (the "Bid Procedures Order").[2]

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures Order established certain important dates and deadlines and provided the Debtors authority to modify such schedule and deadlines.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, after consulting with the Consultation Parties, extended the Deadline to Designate a Stalking Horse Bidder to July 29, 2026, at 11:59 p.m., prevailing Central Time and extended the sale deadlines as set forth in the notice filed at Docket No. 1200.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, after consulting with the Consultation Parties, have further determined that that the Deadline to Designate a Stalking Horse Bidder will be modified from July 29, 2026, **to July 31, 2026, at 11:59 p.m. (prevailing Central Time)**.

Dated: July 29, 2026
Dallas, Texas

**DECHERT LLP**

*/s/ Jack G. Haake*

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453-4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

- and -

Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
jerry.hall@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing notice was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing notice.

Dated: July 29, 2026
Dallas, Texas

**DECHERT LLP**

*/s/ Jack G. Haake*

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453-4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*