**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | Case No. 26-90004 (MXM) |
| | (Jointly Administered) |
| Debtors. | |

**CORRECTED AMENDED NOTICE OF AUCTION AND SALE HEARING AND RELATED DEADLINES FOR THE SALE OF SUBSTANTIALLY ALL DEBTORS' ASSETS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On February 2, 2026, Inspired Healthcare Capital Holdings, LLC and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court"). The Debtors are authorized to continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On February 6, 2026, the Debtors filed a motion (the "Motion"), pursuant to sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), seeking, among other things, entry of an order approving, among other things, the procedures (the "Bid Procedures") to be used in connection with one or more sales of all or substantially all of the Debtors' assets (the "Assets"). Additionally, the Motion provided that the Debtors would seek entry of one or more orders (each, as "Sale Order") authorizing and approving a transaction with a successful bidder.

On April 13, 2026, the Court entered an order approving the Motion [Docket No. 465] (the "Bid Procedures Order").[2] The Bid Procedures Order and Bid Procedures provide the Debtors with the ability to modify the Schedule related to the sale process set forth in the Bid Procedures Order. The Debtors, after consulting with the Consultation Parties, filed several notices amending

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures or the Bid Procedures Order, as applicable.

the Schedule and related deadlines. *See* Docket Nos. 635, 697, 725, 816, 949, 1013, 1067, 1068, 1113, 1114, 1187, 1200, 1227, 1248, and 1261.

Pursuant to the Bid Procedures Order, the Debtors have designated Stalking Horse Bidders as set forth below:

| **Stalking Horse Bidder** | **Designation Docket No:** | **Communities** |
|---|---|---|
| AG2 Acquisitions LLC | 1068 | Teal Shores (Mequon, WI)<br><br>Ballard Glenn (Appleton, WI)) |
| AREP HC Fund III Investments, LLC | 1069 | Mariella of Reno (Reno, NV)<br><br>Thrive at Augusta (Augusta, GA)<br><br>Augusta Vacant Land (Augusta GA) |
| Sonida Acquisition, LLC | 1070 | Salterra at Las Vegas (Las Vegas, NV)<br><br>The Archer Senior Living at Crescent Park (Eugene, OR)<br><br>Mariella of Grapevine (Grapevine, TX) |
| PHosh LLC | 1071 | Harbor at Harmony Crossing (Eatonton, GA) |
| PO Holdco LLC | 1076 | Orchard at Brookhaven (Atlanta, GA)<br><br>Orchard at Athens (Athens, GA)<br><br>Mariella of Arlington Heights (Arlington Heights, IL) |
| SYMPO 2026, LLC | 1090 | Mariella of Lake Orion (Lake Orion MI)<br><br>Salterra at Chesterfield (Chesterfield, MI) |
| Alliance Capital Partners, LLC | 1091 | Salterra at Ashbrook (Villa Rica, GA) |
| PHosh LLC | 1178 | Salterra at Carson Valley (Carson Valley, NV) |

| Stalking Horse Bidder | Designation Docket No: | Communities |
|---|---|---|
| Inspired Florida Acquisitions LLC | 1181 | Azalea at Delray Beach (Delray Beach, FL)<br><br>Salterra Senior Living at Dunedin (Dunedin, FL)<br><br>Salterra Senior Living at Fort Myers (Fort Myers, FL)<br><br>Salterra Senior Living at Melbourne (Melbourne, FL)<br><br>Salterra Senior Living at Largo (Largo, FL)<br><br>Salterra Senior Living at Pinellas Park (Pinellas Park, FL) |
| Welltower OP LLC | 1194 | The Landing of North Haven (North Haven, CT)<br><br>Arbor Terrace Naperville (Naperville, IL)<br><br>Azalea at Hamilton (Hamilton Township, NJ) |
| National Healthcare Properties Operating Partnership, L.P. | 1265 | The Residence at Cedar Dell (Dartmouth, MA)<br><br>Candle Light Cove (Easton, MD)<br><br>The Blake at New Braunfels (New Braunfels, TX)<br><br>Mariella of Sage Spring (San Marcos, TX)<br><br>Mariella of Teravista (Round Rock, TX) |

Please be advised that all documents related to the Stalking Horse Bidders and the sale process, including the relevant asset purchase agreements and proposed orders can be found on the public docket that can be found at https://dm.epiq11.com/case/ihcare/dockets.

The Debtors, in consultation with the Consultation Parties, have determined that the existing Sale Deadlines will be modified as follows:

| Action | Description | Deadline |
|---|---|---|
| Bid Deadline | The deadline by which all binding Bids must be actually received pursuant to the Bid Procedures. | August 20, 2026, at 4:00 p.m., prevailing Central Time |
| Credit Bid Deadline | The deadline by which all credit bids must be actually received pursuant to the Bid Procedures. | August 21, 2026, at 4:00 p.m., prevailing Central Time |
| Auction (if any) | The date and time of the Auction. | Commencing August 25, 2026, at 10:00 a.m., prevailing **Eastern Time** |
| Notice of Successful Bidder | The deadline by which the Debtor will file on the docket, but not serve, a notice identifying the Successful Bidder, the applicable Successful Bidder, the Assets, and the key terms of the agreement. | Within one (1) business day upon the conclusion of the Auction (if any). |
| Sale Objection Deadline ("Sale Objections") | The deadline by which all objections to the sale must be filed other than the Post-Auction Objections. | August 20, 2026, at 4:00 p.m., prevailing Central Time (the "Sale Objection Deadline") |

| Action | Description | Deadline |
|---|---|---|
| Objection as to Auction Process ("Post-Auction Objections") | The deadline by which all objections to the: (a) selection of the Successful Bidder, (b) conduct at the auction, (c) Transaction to the extent it differs from the Stalking Horse Bidder Transaction, and (d) ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Executory Contract or Unexpired Lease | The later of (a) August 28, 2026, at 4:00 p.m., prevailing Central Time, and (b) one (1) business day following the conclusion of the Auction (the "Post-Auction Deadline") |
| Sale Hearing | The Hearing, if any, before the Court to consider approval of the Successful Bid or Successful Bids, pursuant to which the Debtor and the Successful Bidder or Successful Bidders will consummate the Transaction. | September 15, 2026, at 1:30 p.m. prevailing Central Time |

Sale Objections and Post-Auction Objections must be in writing, state the basis of such objection with specificity, and be filed with this Court and served so as to be received on or before the deadlines outlined above by the following parties (collectively, the "Objection Notice Parties"):

(a) counsel to the Debtor, Dechert LLP, 2651 North Harwood Street, Suite 120, Dallas, TX 75201 (Attn: Marcus A. Helt (marcus.helt@dechert.com) and Jack G. Haake (jack.haake@dechert.com));

(b) the Office of the United States Trustee for Region 6, Office of The United States Trustee Earle Cabell Federal Building 1100 Commerce Street, Room 976, Dallas, TX 75242, (Attn: Susan Hersh (Susan.Hersh@usdoj.gov));

(c) counsel to the Official Committee of Unsecured Creditors, Greenberg Traurig, LLP 1000 Louisiana Street, Suite 6700, Houston, TX 77002 (Attn: James T. Grogan III (James.Grogan@gtlaw.com) and Shari L. Heyen (Shari.Heyen@gtlaw.com)) and 3333 Piedmont Road NE, Suite 2500, Atlanta, GA 30305 (Attn: David Kurzweil (KurzweilD@gtlaw.com)); and

(d) counsel to the Official Committee of Delaware statutory trust (DST) Investors, Holland & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX 75201 (Attn: Steven Levitt (steven.levitt@hklaw.com)) and Kane Russell Coleman Logan PC,

901 Main Street, Suite 5200, Dallas, TX 75202 (Attn: Joseph Coleman (jcoleman@krcl.com)).

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**

**YOUR RIGHTS MAY BE IMPACTED BY THE PROPOSED TRANSACTIONS. ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE OR TRANSACTION, AS APPLICABLE, ON OR BEFORE THE SALE OBJECTION DEADLINE OR THE POST-AUCTION DEADLINE, AS APPLICABLE, IN ACCORDANCE WITH THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE OR TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE APPLICABLE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS MAY BE SET FORTH IN THE APPLICABLE AGREEMENT.**

Dated: August 4, 2026
Dallas, Texas

**DECHERT LLP**
*/s/ Jack G. Haake*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453-4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

- and -

Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
jerry.hall@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*