**GREENBERG TRAURIG, LLP**
Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails: Shari.Heyen@gtlaw.com
James.Grogan@gtlaw.com

**GREENBERG TRAURIG, LLP**
Jared R. Weir (Tex. Bar No. 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

**GREENBERG TRAURIG, LLP**
David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

***Counsel to the Official Committee of Unsecured Creditors***

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: Dkt. No. 771** |

# EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN AGREED ORDER (I) EXTENDING THE GENERAL BAR DATE, AND (II) GRANTING RELATED RELIEF

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

**EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 1:30 P.M. (PREVAILING CENTRAL TIME) ON AUGUST 18, 2026.**

**IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 3003-1 of the *Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas* (the "Local Bankruptcy Rules"), and paragraph 44 of the Procedures for Complex Cases in the Northern District of Texas (the "Complex Case Procedures"), hereby files this emergency motion (the "Motion") for entry of an agreed order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the General Bar Date (as defined below). In support of this Motion, the Committee respectfully states as follows:

## PRELIMINARY STATEMENT

1. As the General Bar Date approaches, certain creditors have experienced technical issues in the electronic proof of claim submission process and submitting supporting documentation through the online claims portal. To provide creditors with additional certainty regarding their claim submissions and to avoid unnecessary disputes concerning the completeness of proofs of claim, the Committee and the Debtors have agreed that a brief extension of the General Bar Date is appropriate. The requested extension will not prejudice the Debtors, their estates, or

any other party in interest. Accordingly, the Committee respectfully requests that the Court enter the proposed order attached hereto extending the General Bar Date through and including August 21, 2026.

## JURISDICTION AND VENUE

2. The United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court") has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court for the Northern District of Texas.

3. This matter is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and the Motion is proper under 28 U.S.C. §§ 1408 and 1409.

4. The legal and statutory predicates for the relief requested here are section 105 of the Bankruptcy Code, Bankruptcy Rules 3003(c)(3) and 9006(b)(1), Local Bankruptcy Rule 3003-1, and paragraph 44 of the Complex Case Procedures.

5. The Committee confirms its consent to the entry of a final order by the Court in connection with the Motion in the event that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## BACKGROUND

**A. The Chapter 11 Cases**

6. On February 2, 2026 (the "Petition Date"), each Debtor commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code in this Court (the "Chapter 11 Cases").

7. The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

8. On February 25, 2026, the United States Trustee (the "UST") appointed the Committee. *See* Appointment of the Official Unsecured Creditors' Committee [Docket No. 161].

**B. The Bar Date Notice**

9. On April 14, 2026, the Debtors filed a *Notice of Date by Which Parties Must File Proofs of Claim Against the Debtors* [Docket No. 469] (the "Bar Date Notice").

10. The Bar Date Notice sets June 15, 2026, at 11:59 p.m. (prevailing Central Time) as the last date for persons or entities (which includes estates, trusts, partnerships, and corporations, among others), other than governmental units, to file proofs of claim against the Debtors on account of claims arising, or deemed to have arisen, prior to the Petition Date (the "General Bar Date"). Relatedly, August 3, 2026, at 11:59 p.m. (prevailing Central Time) is the last date for all governmental units to file proofs of claim against the Debtors on account of claims arising, or deemed to have arisen, prior to the Petition Date (the "Governmental Bar Date" and together with the General Bar Date, the "Bar Date").

11. On June 4, 2026, the Court entered an *Order (I) Extending the General Bar Date, (II) Approving the Form, Manner, and Procedure for Filing Proofs of Claim by Unsecured*

*Creditors and (III) Granting Related Relief* [Docket No. 771], extending the General Bar Date from June 15, 2026 to August 14, 2026.

12. Accordingly, the current General Bar Date is August 14, 2026, at 11:59 p.m. (prevailing Central Time).

## RELIEF REQUESTED

13. By this Motion, the Committee respectfully requests that the Court enter an agreed order, substantially in the form of the Proposed Order, extending the General Bar Date by one (1) week from August 14, 2026 through and including August 21, 2026 (the "Extended General Bar Date"); and granting such other and further relief as the Court deems just and proper.

## BASIS FOR RELIEF

### A. Extension of the General Bar Date

14. Bankruptcy Rule 3003(c)(3) expressly authorizes the Court to extend a claims bar date for cause shown. Fed. R. Bankr. P. 3003(c)(3). Bankruptcy Rule 9006(b)(1) likewise permits the Court, for cause, to enlarge deadlines established by court order. Whether to extend a bar date is committed to the Court's discretion and is guided by equitable considerations. *See In re Dix*, 95 B.R. 134, 136–37 (9th Cir. B.A.P. 1988).

15. Cause exists to extend the General Bar Date because certain creditors have experienced challenges regarding the electronic proof of claim submission process.

16. These challenges arose shortly before the current General Bar Date of August 14, 2026. Given the size and complexity of these Chapter 11 Cases and the significant number of creditors utilizing the electronic claims portal at the same time, a brief extension of the General

Bar Date will provide an opportunity for creditors to confirm their filings, resubmit documents if necessary, and ensure that their claims are properly preserved.

17. Extending the General Bar Date by one (1) week will not prejudice any stakeholders or these chapter 11 estates. To the contrary, the requested extension will promote confidence in the claims administration process, reduce the potential for disputes concerning the completeness of claim filings, and help ensure that claims are resolved on their merits rather than through disputes concerning claim submission procedures or supporting documentation.

18. Under these circumstances, and given the agreement between the Committee and the Debtors, a brief extension of the General Bar Date is both reasonable and appropriate. Accordingly, the Committee respectfully requests that the Court extend the General Bar Date from August 14, 2026, through and including August 21, 2026.

**EMERGENCY CONSIDERATION**

19. In accordance with the Local Bankruptcy Rules and the Complex Case Procedures, the Committee requests emergency consideration of the Motion. As discussed above, immediate relief is necessary because the General Bar Date is August 14, 2026, and creditors have recently raised questions regarding the electronic proof of claim submission process. With the General Bar Date imminent, the requested relief will provide certainty to creditors and ensure that they have sufficient time and opportunity to review and confirm their online claim submissions.

20. Under these circumstances, expedited consideration is appropriate to ensure the fair and orderly administration of these Chapter 11 Cases. Importantly, the Debtors consent to and support the requested one-week extension of the General Bar Date. Accordingly, the requested relief will not prejudice the Debtors or their estates and will help minimize the potential for disputes concerning online claim submissions.

## NOTICE

21. The Committee will provide notice of the Motion to: (a) the Debtors; (b) the U.S. Trustee; (c) the United States Attorney for the Northern District of Texas; (d) the Attorney General for the State of Texas; (e) the Centers for Medicare and Medicaid Services; (f) the Attorneys General for the states in which the Debtors conduct business; (g) the parties included on the Debtors' list of their 30 largest unsecured creditors; (h) counsel to the Debtors' prepetition lenders; (i) counsel to the DIP Lenders; and (j) all parties entitled to notice pursuant to Bankruptcy Rule 2002. The Committee submits that no other or further notice is required.

## RESERVATION OF RIGHTS

22. This Motion is submitted without prejudice to, and with a full reservation of, the Committee's rights to seek further relief as appropriate, including additional extensions or modifications to the General Bar Date, and to assert any rights, objections, or positions as permitted under applicable provisions of the Bankruptcy Code and the Bankruptcy Rules.

## CONCLUSION

**WHEREFORE**, for the reasons set forth herein, the Committee respectfully requests entry of the Proposed Order (i) extending the General Bar Date by one (1) week from August 14, 2026 through and including August 21, 2026; and (ii) granting such other and further relief as the Court deems just and proper.

[*Remainder of page intentionally left blank*]

Dated: August 14, 2026.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ James T. Grogan III*

Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails: Shari.Heyen@gtlaw.com
James.Grogan@gtlaw.com

– and –

Jared R. Weir (Tex. Bar No. 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

– and –

David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

***Counsel to the Official***
***Committee of Unsecured Creditors***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing document was served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail.

By: *<u>/s/ James T. Grogan III</u>*
James T. Grogan III

**CERTIFICATE OF CONFERENCE**

I hereby certify that, pursuant to Local Bankruptcy Rule 9007-1(f) and paragraph 34 of the Complex Case Procedures, on August 13 and 14, 2026, counsel for the Committee, specifically James Grogan, conferred via a virtual conferencing platform, telephone and email with counsel for the Debtors, specifically Jack Haake, regarding, among other things, the relief requested in the Motion. During the conference, the Committee advised the Debtors that it sought an extension of the General Bar Date. Following those discussions, the Debtors confirmed by phone that they agreed with the requested one-week extension.

By: *<u>/s/ James T. Grogan III</u>*
James T. Grogan III