**DECHERT LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201
Telephone: (214) 453-4900
Email: marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com
*Counsel to the Debtors and*
*Debtors-in-Possession*

**DECHERT LLP**
Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: jerry.hall@dechert.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | Case No. 26-90004 (MXM) |
| | (Jointly Administered) |
| Debtors. | **Related to Docket Nos. 465 and 1069** |

**NOTICE OF SUCCESSFUL BIDDER FOR (A) MARIELLA OF RENO, (B) THRIVE AT AUGUSTA, AND (C) AUGUSTA VACANT LAND**

**PLEASE TAKE NOTICE** that on February 2, 2026, Inspired Healthcare Capital Holdings, LLC and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court"), and their cases are being jointly administered under Case No. 26-90004-mxm (collectively, the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that on April 13, 2026, the Court entered the *Order Granting Debtors' Motion for Entry of an Order (I) Establishing Bid Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Authorizing the Debtors to Enter into a Stalking Horse Agreement and Provide Bid Protections, (IV) Approving the Form and*

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

*Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 465] (the "Bid Procedures Order")[2] approving, among other things, the Bid Procedures, and authorizing the Debtors to (a) designate one or more Stalking Horse Bidders to serve as the Stalking Horse Bid and (b) agree to Bid Protections.

**PLEASE TAKE FURTHER NOTICE** that on July 11, 2026, pursuant to and in accordance with the Bid Procedures, the Debtors filed the *Notice of Designation of Stalking Horse Bidder for (A) Mariella of Reno, (B) Thrive at Augusta, and (C) Augusta Vacant Land* [Docket No. 1069], selecting AREP HC Fund III Investments, LLC, or one of its affiliates or designees as the Stalking Horse Bidder for substantially all the relevant Debtors' assets related to Mariella of Reno (Reno, NV), Thrive at Augusta (Augusta, GA) and Augusta Vacant Land (Augusta, GA). On August 10, 2026, the Debtors filed a notice with the Court [Docket No. 1309], attaching the corresponding Asset Purchase Agreement dated as of July 10, 2026, along with all schedules and exhibits (as amended, supplemented, or otherwise modified, the "APA"). On August 22, 2026, the Debtors filed a notice with the Court [Docket No. 1467], attaching the First Amendment to Asset Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline and Credit Bid Deadline expired on August 20 and August 21, 2026, respectively, at 4:00 p.m. (prevailing Central Time). The Debtors conducted individual-Community auction and read-in sessions beginning on August 25, 2026, and concluding on September 9, 2026. In accordance with the Bid Procedures, since no Qualified Bid other than the Stalking Horse Bid was submitted on or before the deadlines, the Debtors, in their reasonable business judgment, designated AREP HC Fund III Investments, LLC as the Successful Bidder for Mariella of Reno (Reno, NV), Thrive at Augusta (Augusta, GA) and Augusta Vacant Land (Augusta, GA).

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bid Procedures Order, the assets and key terms of the agreement are:

| **Term** | **Description** |
|---|---|
| Purchase Price | The aggregate Purchase Price is $67,533,753, all of which is in cash.<br><br>*See* APA, Schedule 2. |
| Acquired Assets | Substantially all the assets related to:<br>a. Mariella of Reno,<br>b. Thrive at Augusta, and<br>c. Augusta Vacant Land,<br><br>*See* APA, Section 2.1 and Schedule 2. |

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Bid Procedures Order.

| Term | Description |
|---|---|
| Deposit | $3,376,687.65 (5% of the Purchase Price). *See* APA, Section 3.2. |
| Breakup Fee | 3% of the Purchase Price, equal to approximately $2,026,012.59 in the aggregate.<br>a. Mariella of Reno; $1,035,000;<br>b. Thrive at Augusta; $870,000; and<br>c. Augusta Vacant Land; $121,012.59.<br>*See* APA, Section 12.3. |
| Expense Reimbursement | a. Mariella of Reno; $221,200;<br>b. Thrive at Augusta; $185,900; and<br>c. Augusta Vacant Land; $25,800<br>*See* First Amendment to Asset Purchase Agreement, amending Section 12.2. of the APA |
| Allocation by Community | a. Mariella of Reno; $34,500,000;<br>b. Thrive at Augusta; $29,000,000; and<br>c. Augusta Vacant Land; $4,033,753. |
| Assignment and Assumption of Contracts – Cure Costs | *See* Annex 2.5(a) of the APA Schedules (Exhibit A). |
| Relation to the Debtors | None |

**PLEASE TAKE FURTHER NOTICE** that the Annex 2.5(a) of the APA Schedules sets forth a list of Assumed Contracts and Cure Costs (each as defined in the APA), a copy of which is attached hereto as **<u>Exhibit A</u>**.

**PLEASE TAKE FURTHER NOTICE** that, prior to the Sale Hearing, the Debtors will file a notice on the docket of these Chapter 11 Cases with the final form of proposed Sale Order attached as exhibit.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Corrected Amended Notice of Auction and Sale Hearing and Related Deadlines For The Sale of Substantially All Debtors' Assets* [Docket 1270], the deadline for Post-Auction Objections to the (a) selection of the Successful Bidder, (b) conduct at the auction, (c) Transaction to the extent it differs from the Stalking Horse Bidder Transaction, and (d) ability of the Successful Bidder to provide adequate assurance of future

performance with respect to any Executory Contract or Unexpired Lease, expire the later of (a) August 28, 2026, at 4:00 p.m., prevailing Central Time, and (b) one (1) business day following the conclusion of the Auction.[3]

**PLEASE TAKE FURTHER NOTICE** that the Debtors anticipate that the September 15 Hearing at 1:30 p.m. (prevailing Central Time) will provide a status conference regarding the auction and sale process, with the Sale Hearing commencing on September 22, 2026, at 1:30 p.m. (prevailing Central Time), with any remaining sale related matters to be addressed at a hearing on September 29, 2026, at 1:30 p.m. (prevailing Central Time) (together, the "Sale Hearings"). Parties who wish to participate in the hearing via WebEx may do so at the following link: https://us-courts.webex.com/meet/mullin

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Continued Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

Dial-In: 650-479-3207
Access Code: 2310 650 8783

**PLEASE TAKE FURTHER NOTICE** that all documents related to the sale process, including the relevant asset purchase agreements and proposed orders can be found on the public docket that can be found at (i) https://dm.epiq11.com/case/ihcare/dockets (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

*[Remainder of Page Intentionally Left Blank]*

[3] The Committees were each granted an additional five days after the conclusion of the Auction to file their objections to any Sale Transaction.

Dated: September 10, 2026
Dallas, Texas

**DECHERT LLP**

*/s/ Jack G. Haake*

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453-4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

- and -

Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
jerry.hall@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing notice.

Dated: September 10, 2026
Dallas, Texas

*/s/ Jack G. Haake*
Jack G. Haake

# EXHIBIT A

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Accushield, LLC | Sales Order Form dated May 21, 2019 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Alsco, Inc. | Linen and/or Uniform Rental Service Agreement signed March 8, 2023 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Augusta Data Storage | Destruction Authorization Statement signed August 13, 2019 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Beasley Media Group, LLC | Media Outlets dated July 13, 2022 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Chancey's Towing & Recovery LLC | Rowing Authorization signed July 15, 2021 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Cruna Health of Georgia, Inc | Resident Service Agreement dated December 13,2024. | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Curana Health of Georgia, LLC | Resident Services Agreement dated November 30, 2024 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Cystal Webb Hall | Salon Booth Agreement effective June 1, 2022 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Davey Coach Sales, Inc. | Buyer's Order dated February 7, 2019 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Delta Termite & Pest Control Inc. | Pest Control Service Agreement dated October 2, 2023 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Direct Supply Equipment & Furnishings, A Division of Direct Supply, Inc. | Products & Services Agreement signed August 16, 2019 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Enviro-Master Services | Agreement signed February 8, 2024 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Guardian Pharmacy of Southeast Georgia, LLC | Pharmaceutical Products and Services Agreement dated August 2021 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Inland Waste Solutions, LLC | Service Agreement effective September 27, 2019 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Kevala Technologies, Inc. | Platform Terms of Service signed April 14, 2025 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Key Fire Protection Enterprises, LLC | Fire Sprinkler Inspection Contract signed February 25, 2021 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Linked Senior, Inc | Customer Service and Licensing Agreement signed October 9, 2019 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Public Storage | Storage Rent Rate Update effective February 1, 2022 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Serenity | Products & Services signed April 1, 2025 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Simply Design Group, LLC | Vendor Agreement dated January 1, 2022 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Stericycle, Inc. | Service Agreement signed May 22, 2019 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Steven and Karen Gay | Agreement to Lease Barn & Pasture effective as of October 15, 2021 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Stout Healthcare | Residential Lease Agreement dated May 17, 2022 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | TCF National Bank | Amendment to Contract dated May 21, 2021 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | The Huntington National Bank | Master Lease dated May 21, 2021 for 2019 Ford Vin#9973 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Tri Scapes, LLC | Landscape Management Contract dated January 6, 2026 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Whippersnap Inc. (dba SeniorSign) | Company Service Agreement effective January 13, 2025 | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Augusta MT, LLC | Thrive at Augusta | Xerox Corporation | Lease Agreement signed March 27, 2019 | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | BrightView Landscape Services, Inc. | Landscape Services Agreement dated September 11, 2024 | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Bus Finders | Purchase Contract signed October 10, 2025 | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Ecolab Inc. | Standard Dish machine Rental Agreement signed October 6, 2025 | $ 223.35 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Fingerprinting Express | Services Agreement dated July 18, 2023 | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Koch Elevator | Standard Preventative Maintenance Agreement dated May 12, 2023 | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Model I Commercial Vehicles, Inc. | Buyer's Order Contract dated May 8, 2025 | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Paulette K. Huber-Flikkema, RDN | Agreement to Provide RDN Consultant Services signed June 1, 2023 | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Reno MT, LLC | Volante of Reno | Name Redacted | Resident Agreement | $ 0.00 |