**DECHERT LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201
Telephone: (214) 453-4900
Email: marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com
*Counsel to the Debtors and*
*Debtors-in-Possession*

**DECHERT LLP**
Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: jerry.hall@dechert.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related to Docket Nos. 465 and 1070** |

**NOTICE OF SUCCESSFUL BIDDER FOR SALTERRA AT LAS VEGAS (LAS VEGAS) THE ARCHER SENIOR LIVING AT CRESCENT PARK (EUGENE) AND MARIELLA OF GRAPEVINE (GRAPEVINE)**

**PLEASE TAKE NOTICE** that on February 2, 2026, Inspired Healthcare Capital Holdings, LLC and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court"), and their cases are being jointly administered under Case No. 26-90004-mxm (collectively, the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that on April 13, 2026, the Court entered the *Order Granting Debtors' Motion for Entry of an Order (I) Establishing Bid Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Authorizing the Debtors to*

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

*Enter into a Stalking Horse Agreement and Provide Bid Protections, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 465] (the "Bid Procedures Order")[2] approving, among other things, the Bid Procedures, and authorizing the Debtors to (a) designate one or more Stalking Horse Bidders to serve as the Stalking Horse Bid and (b) agree to Bid Protections.

**PLEASE TAKE FURTHER NOTICE** that on July 12, 2026, pursuant to and in accordance with the Bid Procedures, the Debtors filed the *Notice of Designation of Stalking Horse Bidder for (A) Salterra at Las Vegas, (B) The Archer Senior Living at Crescent Park, and (C) Mariella Of Grapevine* [Docket No. 1070], selecting Sonida Acquisition, LLC, or one of its affiliates or designees as the Stalking Horse Bidder for substantially all the relevant Debtors' assets related to Salterra at Las Vegas (Las Vegas, NV), The Archer Senior Living at Crescent Park (Eugene, OR) and Mariella Of Grapevine (Grapevine, TX). On August 10, 2026, the Debtors filed a notice with the Court [Docket No. 1310], attaching the corresponding Asset Purchase Agreement dated as of July 11, 2026, along with all schedules and exhibits (as amended, supplemented, or otherwise modified the "APA").

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline and Credit Bid Deadline expired on August 20 and August 21, 2026, respectively, at 4:00 p.m. (prevailing Central Time). The Debtors conducted individual-Community auction and read-in sessions beginning on August 25, 2026, and concluding on September 9, 2026. In accordance with the Bid Procedures, since no Qualified Bid other than the Stalking Horse Bid was submitted on or before the deadlines, the Debtors, in their reasonable business judgment, designated Sonida Acquisition, LLC as the Successful Bidder for Salterra at Las Vegas (Las Vegas, NV), The Archer Senior Living at Crescent Park (Eugene, OR) and Mariella of Grapevine (Grapevine, TX).

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bid Procedures Order, the assets and key terms of the agreement are:

| **Term** | **Description** |
|---|---|
| Purchase Price | The aggregate Purchase Price is $73,410,000, all in cash. *See* APA, Section 3.1 and Schedule 2. |

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Bid Procedures Order.

| Term | Description |
|---|---|
| Acquired Assets | Substantially all the assets related to:<br>a. Salterra at Las Vegas,<br>b. The Archer Senior Living at Crescent Park, and<br>c. Mariella of Grapevine,<br>as set forth in the Sonida Stalking Horse APA. *See* APA, Section 2.1 and Schedule 2. |
| Deposit | $3,670,500 (5% of the aggregate Purchase Price). *See* APA, Section 3.3(a). |
| Breakup Fee | $2,202,300 in the aggregate (3% of the total Purchase Price), allocated by Community as follows:<br>a. Salterra at Las Vegas: $694,650;<br>b. The Archer Senior Living at Crescent Park: $963,900; and<br>c. Mariella of Grapevine: $543,750.<br>*See* APA, Section 12.3. |
| Expense Reimbursement | Up to $253,100 in the aggregate, allocated by Community as follows:<br>a. Salterra at Las Vegas: up to $79,800;<br>b. The Archer Senior Living at Crescent Park: up to $110,800; and<br>c. Mariella of Grapevine: up to $62,500.<br>*See* APA, Section 12.2. |
| Allocation by Community | a. Salterra at Las Vegas: $23,155,000;<br>b. The Archer Senior Living at Crescent Park: $32,130,000; and<br>c. Mariella of Grapevine: $18,125,000. |
| Assignment and Assumption of Contracts – Cure Costs | *See* Annex 2.5(a) of the APA Schedules (Exhibit A). |
| Relation to the Debtors | None |

**PLEASE TAKE FURTHER NOTICE** that the Annex 2.5(a) of the APA Schedules sets forth a list of Assumed Contracts and Cure Costs (each as defined in the APA), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, prior to the Sale Hearing, the Debtors will file a notice on the docket of these Chapter 11 Cases with the final form of proposed Sale Order attached as exhibit.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Corrected Amended Notice of Auction and Sale Hearing and Related Deadlines For The Sale of Substantially All Debtors' Assets* [Docket 1270], the deadline for Post-Auction Objections to the (a) selection of the Successful Bidder, (b) conduct at the auction, (c) Transaction to the extent it differs from the Stalking Horse Bidder Transaction, and (d) ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Executory Contract or Unexpired Lease, expire the later of (a) August 28, 2026, at 4:00 p.m., prevailing Central Time, and (b) one (1) business day following the conclusion of the Auction.[3]

**PLEASE TAKE FURTHER NOTICE** that the Debtors anticipate that the September 15 Hearing at 1:30 p.m. (prevailing Central Time) will provide a status conference regarding the auction and sale process, with the Sale Hearing commencing on September 22, 2026, at 1:30 p.m. (prevailing Central Time), with any remaining sale related matters to be addressed at a hearing on September 29, 2026, at 1:30 p.m. (prevailing Central Time) (together, the "Sale Hearings"). Parties who wish to participate in the hearing via WebEx may do so at the following link: https://us-courts.webex.com/meet/mullin

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Continued Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

Dial-In: 650-479-3207
Access Code: 2310 650 8783

**PLEASE TAKE FURTHER NOTICE** that all documents related to the sale process, including the relevant asset purchase agreements and proposed orders can be found on the public docket that can be found at (i) https://dm.epiq11.com/case/ihcare/dockets (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

*[Remainder of Page Intentionally Left Blank]*

[3] The Committees were each granted an additional five days after the conclusion of the Auction to file their objections to any Sale Transaction.

Dated: September 10, 2026
Dallas, Texas

**DECHERT LLP**

*/s/ Jack G. Haake*

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453-4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

- and -

Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
jerry.hall@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing notice.

Dated: September 10, 2026
Dallas, Texas

*/s/ Jack G. Haake*
Jack G. Haake

# EXHIBIT A

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | 5 Star Concierge | Services, Access, and Lease Agreement dated October 23, 2024 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | A PLACE FOR MOM INC. | US Referral Program Order Form signed June 2, 2023 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Altru Home Care, LLC | Services, Access, and Lease Agreement dated October 25, 2024 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Bus Finders | Purchase Contract signed October 10, 2025 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Comcast Cable Communications Management, LLC | Business Service Order Agreement signed May 1, 2024 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Ecolab Inc. | Standard Dish machine Rental Agreement signed October 6, 2025 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Harvey & Price Co | Fire Protection Proposal dated October 31, 2024 | $ 157.50 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | ManageMowed | Weekly Maintenance Proposal signed February 24, 2025 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Omlid & Swinney | Inspection Agreement dated June 16, 2025 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Senior One Source | Referral Agency Agreement February 4, 2026 | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Eugene MT, LLC | The Archer Senior Living at Crescent Park | Willow Care Consulting | Referral Agency Agreement signed February 10, 2026 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Bus Finders | Purchase Contract signed October 10, 2025 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Documation LLC | Master Agreement signed November 25, 2020 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Ecolab Inc. | Standard Dish machine Rental Agreement signed October 6, 2025 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | EmpowerMe Holdings, LLC | Services and Lease Agreement dated August 28, 2023 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Frontier Communications of America, Inc. | Services Agreement dated November 11, 2019 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Iron Mountain Information Management, Inc. | secure Shredding Services Agreement dated August 9, 2013 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Senior Living Specialists, LLC | Referral Agency Agreement signed September 18, 2025 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Total Fire & Safety, Inc. | Fire Protection Equipment and System Maintenance Agreement dated August 1, 2025 | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Grapevine MT, LLC | Mariella of Grapevine | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Bus Finders | Purchase Contract signed October 10, 2025 | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Ecolab Inc. | Standard DM Rental Program Dish machine Rental Agreement signed October 6, 2025 | $ 663.72 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Orthopaedic and Neurological Rehabilitation, Inc. (dba ONR Touch) | Therapy Services Agreement signed December 16, 2021 | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Salon PS Nevada, LLC | Salon Agreement effective April 4, 2023 | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | SolEx | Standard Letter of Agency Document signed May 7, 2025 | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | The Huntington National Bank | Equipment Lease signed March 12, 2025 | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Las Vegas MT, LLC | Salterra at Las Vegas | Name Redacted | Resident Agreement | $ 0.00 |
| VSL - Las Vegas NV, LLC | Salterra at Las Vegas | Engage PEO | Engage PEO Client Service Agreement entered into July 25, 2022 | $ 0.00 |
| VSL-Eugene OR, LLC | The Archer Senior Living at Crescent Park | Engage PEO | Engage PEO Client Service Agreement entered into February 13, 2023 | $ 0.00 |
| VSL-Grapevine TX, LLC | Mariella of Grapevine | Engage PEO | Engage PEO Client Service Agreement entered into November 18, 2022 | $ 0.00 |