**DECHERT LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201
Telephone: (214) 453-4900
Email: marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com
*Counsel to the Debtors and*
*Debtors-in-Possession*

**DECHERT LLP**
Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: jerry.hall@dechert.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related to Docket Nos. 465 and 1194** |

**NOTICE OF SUCCESSFUL BIDDER FOR THE LANDING OF NORTH HAVEN (NORTH HAVEN), ARBOR TERRACE NAPERVILLE (NAPERVILLE) AND AZALEA AT HAMILTON (HAMILTON TOWNSHIP)**

**PLEASE TAKE NOTICE** that on February 2, 2026, Inspired Healthcare Capital Holdings, LLC and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court"), and their cases are being jointly administered under Case No. 26-90004-mxm (collectively, the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that on April 13, 2026, the Court entered the *Order Granting Debtors' Motion for Entry of an Order (I) Establishing Bid Procedures, (II)*

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

*Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Authorizing the Debtors to Enter into a Stalking Horse Agreement and Provide Bid Protections, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 465] (the "Bid Procedures Order")[2] approving, among other things, the Bid Procedures, and authorizing the Debtors to (a) designate one or more Stalking Horse Bidders to serve as the Stalking Horse Bid and (b) agree to Bid Protections.

**PLEASE TAKE FURTHER NOTICE** that on July 23, 2026, pursuant to and in accordance with the Bid Procedures, the Debtors filed the *Notice of Designation of Stalking Horse Bidder for (A) The Landing of North Haven, (B) Arbor Terrace Naperville, and (C) Azalea at Hamilton* [Docket No. 1194] designating Welltower OP LLC or one of its affiliates or designees as the Stalking Horse Bidder for substantially all the relevant Debtors' assets related to The Landing of North Haven (North Haven, CT), Arbor Terrace Naperville (Naperville, IL) and Azalea at Hamilton (Hamilton Township, NJ). On August 10, 2026, the Debtors filed a notice with the Court [Docket No. 1319], attaching the corresponding Asset Purchase Agreement dated as of July 16, 2026, along with all schedules and exhibits (as amended, supplemented, or otherwise modified the "APA").

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline and Credit Bid Deadline expired on August 20 and August 21, 2026, respectively, at 4:00 p.m. (prevailing Central Time). The Debtors conducted individual-Community auction and read-in sessions beginning on August 25, 2026, and concluding on September 9, 2026. In accordance with the Bid Procedures, since no Qualified Bid other than the Stalking Horse Bid was submitted on or before the deadlines, the Debtors, in their reasonable business judgment, designated Welltower OP LLC as the Successful Bidder for The Landing of North Haven (North Haven), Arbor Terrace Naperville (Naperville) and Azalea at Hamilton (Hamilton Township).

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bid Procedures Order, the assets and key terms of the agreement are:

| **Term** | **Description** |
|---|---|
| Purchase Price | The Purchase Price is $197,150,000, all of which is in cash; *provided*, that Sellers may elect to receive a portion of the consideration in Class A Units of Welltower OP LLC, a Delaware limited liability company. *See* APA, Section 3.1. |
| Acquired Assets | Substantially all the assets related to:<br>a. The Landing of North Haven (North Haven, CT),<br>b. Arbor Terrace Naperville (Naperville, IL), and<br>c. Azalea at Hamilton (Hamilton Township, NJ) |

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Bid Procedures Order.

| Term | Description |
|---|---|
| | as set forth in the APA. *See* APA, Section 2.1. |
| Deposit | $9,857,500 (5.00% of the aggregate Purchase Price) allocated by Community as set forth in Schedule 2 to the APA. *See* APA, Section 3.2. |
| Breakup Fee | $5,914,500 (3.00% of the aggregate Purchase Price).<br>a. The Landing of North Haven (CT): $1,869,000<br>b. Arbor Terrace Naperville (IL): $1,427,400<br>c. Azalea at Hamilton (NJ): $2,618,100<br>*See* APA, Section 12.3. |
| Expense Reimbursement | Up to $679,800 in documented out-of-pocket fees and expenses.<br>a. The Landing of North Haven (CT): $214,800<br>b. Arbor Terrace Naperville (IL): $164,100<br>c. Azalea at Hamilton (NJ): $300,900<br>*See* APA, Section 12.2. |
| Allocation by Community | a. The Landing of North Haven (CT): $62,300,000<br>b. Arbor Terrace Naperville (IL): $47,580,000<br>c. Azalea at Hamilton (NJ): $87,270,000 |
| Assignment and Assumption of Contracts – Cure Costs | *See* Annex 2.5(a) of the APA Schedules (Exhibit A). |
| Relation to the Debtors | None |

**PLEASE TAKE FURTHER NOTICE** that the Annex 2.5(a) of the APA Schedules sets forth a list of Assumed Contracts and Cure Costs (each as defined in the APA), a copy of which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, prior to the Sale Hearing, the Debtors will file a notice on the docket of these Chapter 11 Cases with the final form of proposed Sale Order attached as exhibit.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Corrected Amended Notice of Auction and Sale Hearing and Related Deadlines For The Sale of Substantially All Debtors' Assets* [Docket 1270], the deadline for Post-Auction Objections to the (a) selection of the Successful Bidder, (b) conduct at the auction, (c) Transaction to the extent it differs from the Stalking Horse

Bidder Transaction, and (d) ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Executory Contract or Unexpired Lease, expire the later of (a) August 28, 2026, at 4:00 p.m., prevailing Central Time, and (b) one (1) business day following the conclusion of the Auction.[3]

**PLEASE TAKE FURTHER NOTICE** that the Debtors anticipate that the September 15 Hearing at 1:30 p.m. (prevailing Central Time) will provide a status conference regarding the auction and sale process, with the Sale Hearing commencing on September 22, 2026, at 1:30 p.m. (prevailing Central Time), with any remaining sale related matters to be addressed at a hearing on September 29, 2026, at 1:30 p.m. (prevailing Central Time) (together, the "Sale Hearings"). Parties who wish to participate in the hearing via WebEx may do so at the following link: https://us-courts.webex.com/meet/mullin

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Continued Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

Dial-In: 650-479-3207
Access Code: 2310 650 8783

**PLEASE TAKE FURTHER NOTICE** that all documents related to the sale process, including the relevant asset purchase agreements and proposed orders can be found on the public docket that can be found at (i) https://dm.epiq11.com/case/ihcare/dockets (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

*[Remainder of Page Intentionally Left Blank]*

[3] The Committees were each granted an additional five days after the conclusion of the Auction to file their objections to any Sale Transaction.

Dated: September 10, 2026
Dallas, Texas

**DECHERT LLP**

*/s/ Jack G. Haake*

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453-4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

- and -

Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
jerry.hall@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing notice.

Dated: September 10, 2026
Dallas, Texas

*/s/ Jack G. Haake*
Jack G. Haake

# EXHIBIT A

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Adult Care Advisors, LLC | Referral Agency Agreement signed August 13, 2025 | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Amada Senior Care | Referral Agency Agreement signed October 29, 2025 | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Belle Senior Consulting Services | Referral Agency Agreement signed October 30, 2025 | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | David's Lawn & Landscape Design | Grounds Maintenance Contract signed March 5, 2025 | $ 11,011.16 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | eMenuChoice, Inc. | Master Services Agreement signed October 10, 2025 | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | EmpowerMe Holdings, LLC | Services and Lease Agreement dated October 23, 2023 | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | SolEx | Customer Service Agreement signed August 13, 2024 | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | TGI Office Automation | Order Agreement signed September 30, 2019 | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Hamilton MT, LLC | Volante of Hamilton | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | ALG Senior Consulting | IL/AL/MC Referral Network Participation Agreement Entered into May 4, 2022 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Comcast Cable Communications Management, LLC | Xfinity Communities Service Agreement Effective Mach 10, 2025 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Comcast Cable Communications Management, LLC | Xfinity Communities Service Agreement Effective Mach 10, 2025 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Ecolab | Phase II Dish machine Rental Agreement Dated January 31, 2018 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Elder Technologies Inc. DBA Sage | HIPAA Business Associate Agreement Dated September 29, 2023; Master Services Agreement Dated September 29, 2023 and Attachment "A" Statement of Work Dated September 29, 2023 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | eMediCall Solutions, LLC | Software License Agreement & Software Maintenance & Support Agreement Entered into September 29, 2021 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | FlexTG Financial Services | Print Plus Program Agreement Executed January 12, 2023 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Forum Extended Care Services, Inc. II | Facility Provider Agreement Made April 24, 2023 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Groot Recycling and Waste Services, Inc. | Service Agreement #00051731 Effective February 12, 2018 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Nordic Energy Services, LLC | Natural Gas Sales Agreement Starting August 1, 2022 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Otis Elevator Company | Otis Service and Repair Order Agreement/Proposal ASC210406094102 Dated April 6, 2021 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Professional Healthcare Lab, Inc. | Laboratory Services Agreement Entered into April 12, 2022 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | USA Fire Protection, Inc. | Executed Proposal #FQ00068484 dated March 9, 2022 | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of Naperville MT, LLC | Arbor Terrace Naperville | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven DST | N/A | Encore Fire Protection/Allstate Fire Equipment | Test and Inspection Agreement dated February 13, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Bozzuto Refuse Services | Schedule of Charges effective December 1, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Brenda Howlett | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Capasso Landscaping LLC | Landscaping Maintenance Contract signed November 29, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Croker Fire Safety Corporation | Contract for Service signed April 29, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | DIRECT SUPPLY TLES, Division of Direct Supply, Inc. | Planned Maintenance Program signed April 14, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Ecolab Inc. | Standard Dish machine Rental Agreement signed October 27, 2023 | $ 267.93 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Environmental Engineering, Inc. | Air Conditioning and Heating Maintenance and Inspection Proposal signed December 3, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Fox Rehab OT CT LLC | Gym Commercial Lease dated May 1, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Fox Rehab OT CT LLC | Office Commercial lease dated May 1, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Fox Rehab PT CT LLC | Gym Commercial Lease dated May 1, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Fox Rehab PT CT LLC | Office Commercial lease dated May 1, 2024 | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Fox Rehab SLP CT LLC | Gym Commercial Lease dated May 1, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Fox Rehab SLP CT LLC | Office Commercial lease dated May 1, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | HealthDrive Podiatry Group, P.C. | Health Care Service Agreement signed April 22, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Impact Fire Services LLC - Hartford | Proposal and Contract signed September 26, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Integrated Technical Systems, Inc | Alarm Monitoring Service Agreement dated August 1, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Integrated Technical Systems, Inc | Inspection Agreement dated August 25, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Katherine Walker APRN | Collaboration Agreement signed November 2, 2023 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Kinsley Power Systems, Inc. | Generator service proposal signed May 6, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Mountain Crest Medical, LLC | Consent to Provide Services at Facility Location signed April 1, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Orange Whip, Inc. (dba Homewatch CareGivers of New Haven) | Referral Agency Agreement signed February 10, 2026 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Pacific Office Automation | Image Management Contract signed November 1, 2023 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |

| Debtor | Community Name | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | SafelyYou Inc. | Order Form dated July 23, 2024 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Second Wind Dreams | External Lease Membership signed December 17, 2019 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Senior Care Authority | Referral Agency Agreement signed July 8, 2025 | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |
| Inspired Senior Living of North Haven MT, LLC | The Landing at North Haven | Name Redacted | Resident Agreement | $ 0.00 |