**GREENBERG TRAURIG, LLP**
Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails: Shari.Heyen@gtlaw.com
James.Grogan@gtlaw.com

**GREENBERG TRAURIG, LLP**
Jared R. Weir (Tex. Bar No. 24075253)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

**GREENBERG TRAURIG, LLP**
David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

***Counsel to the Official Committee of Unsecured Creditors***

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: Dkt. Nos. 510, 1386 and 1387** |

**NOTICE OF RESCHEDULED HEARING ON SECOND SUPPLEMENT TO THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING THE PRODUCTION OF DOCUMENTS BY DEBTORS**

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

**PLEASE TAKE NOTICE** that on April 22, 2026, the Official Committee of Unsecured Creditors (the "Committee") filed the Emergency Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Directing the Production of Documents by Debtors (the "Emergency Rule 2004 Motion") [Dkt. No. 510].

**PLEASE TAKE FURTHER NOTICE** that on August 14, 2026, the Committee filed its Second Supplement to the Emergency Rule 2004 Motion (the "Second Supplement") and Motion for Expedited Hearing on the Second Supplement [Dkt. Nos. 1386 and 1387].

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the Second Supplement scheduled for September 15, at 1:30 p.m. (prevailing Central Time) before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. Tenth Street, Room 128, Fort Worth, Texas 76102 has been continued. **The Hearing will be reset for a future date and time to be determined, subject to the Court's availability**.

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/ihc/info, (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 10, 2026.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ James T. Grogan III*
Shari L. Heyen (Tex. Bar No. 09564750)
James T. Grogan III (Tex. Bar. No. 24027354)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails: Shari.Heyen@gtlaw.com
James.Grogan@gtlaw.com

– and –

Jared R. Weir (Tex. Bar No. 24075253)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

– and –

David B. Kurzweil (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: KurzweilD@gtlaw.com

***Counsel to the Official***
***Committee of Unsecured Creditors***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a true and correct copy of the foregoing document was served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail.

By: */s/James T. Grogan III*
James T. Grogan III