**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*[1] | ) | Case No. 26-90004 (MXM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**THIRD SUPPLEMENTAL NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES ARE A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE OF THE DEBTORS AS SET FORTH ON **SCHEDULE 1** ATTACHED HERETO.

**PLEASE TAKE NOTICE** that on April 13, 2026, the United States Bankruptcy Court for the Northern District of Texas (the "Court") entered *Order Granting Debtors' Motion for the Entry of an Order (I) Establishing Bid Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Authorizing the Debtors to Enter into a Stalking Horse Agreement and Provide Bid Protections, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 465] (the "Bid Procedures Order"),[2] in the Chapter 11 Cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that on April 14, 2026, the Debtors filed the *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 471] ("Initial Cure Notice"), which notified counterparties that, pursuant to the Bid Procedures and the terms of any Successful Bid, the Debtors may assume and assign certain Executory Contracts and Unexpired Leases to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that on June 26, 2026, the Debtors filed the *First*

1 The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

*Supplemental Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 940] ("First Supplemental Cure Notice") to provide notice to one or more additional counterparties inadvertently omitted from, or otherwise not identified in, the Initial Cure Notice. The contracts and proposed cure amounts applicable to such additional counterparties were set forth on Schedule 1 thereto.

**PLEASE TAKE FURTHER NOTICE** that on July 21, 2026, the Debtors filed the *Second Supplemental Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 1171] ("Second Supplemental Cure Notice") to provide notice to one or more additional counterparties inadvertently omitted from, or otherwise not identified in, the Initial Cure Notice or the First Supplemental Cure Notice. The contracts and proposed cure amounts applicable to such additional counterparties were set forth on Schedule 1 thereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors now file this third supplemental contract notice (this "Third Supplemental Cure Notice") to provide notice to one or more additional counterparties inadvertently omitted from, or otherwise not identified in, the Initial Cure Notice, the First Supplemental Cure Notice, or the Second Supplemental Cure Notice. Pursuant to the Bid Procedures and the terms of any Successful Bid, the Debtors may assume and assign to the Successful Bidder the Executory Contracts and Unexpired Leases listed on **Schedule 1**[3] to which you are a counterparty, upon approval of the Transaction(s). The Debtors have conducted a review of their books and records and have determined that the Cure Costs for unpaid monetary obligations under such Executory Contracts and Unexpired Leases are as set forth on **Schedule 1**. Except as supplemented hereby, the Initial Cure Notice, the First Supplemental Cure Notice, and the Second Supplemental Cure Notice remain unchanged.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Costs set forth on **Schedule 1**, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Local Rules, and any order governing the administration of these Chapter 11 Cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Costs; (iv) state the correct Cure Costs alleged to be owed to the objecting contract counterparty, together with any applicable and appropriate documentation in support thereof; and (v) be filed with the Court and **served and actually received no later than September 29, 2026, at 12:00 p.m. (prevailing Central Time)** (the "Cure Objection Deadline") by the Court and the following parties:

(a) counsel to the Debtors, Dechert LLP, 2651 North Harwood Street, Suite 120, Dallas, TX 75201 (Attn: Marcus A. Helt (marcus.helt@dechert.com), Jack G. Haake (jack.haake@dechert.com), and Debbie Green (debbie.green@dechert.com)); and Dechert LLP, Three Bryant Park, 1095 Avenue of the Americas, New York, New York 10036 (Attn: Jerry L. Hall (jerry.hall@dechert.com));

(b) the Office of the United States Trustee for Region 6, Office of The United States

[3] The inclusion of any contract or lease on this Schedule 1 is not an admission by the Debtors that such contract or lease is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code, and all rights of the Debtors in this regard are expressly reserved.

Trustee Earle Cabell Federal Building 1100 Commerce Street, Room 976, Dallas, TX 75242, (Attn: Susan Hersh (Susan.Hersh@usdoj.gov));

(c) counsel to the Official Committee of Unsecured Creditors, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002 (Attn: Shari L. Heyen (Shari.Heyen@gtlaw.com) and James Grogan (James.Grogan@gtlaw.com)); and

(d) counsel to the Official Committee of Delaware Statutory Trust (DST) Investors, Kane Russell Coleman Logan PC, 901 Main Street, Suite 5200, Dallas, TX 75202 (Attn: Joseph M. Coleman (jcoleman@krcl.com) and JaKyla J. DaBera (jdabera@krcl.com)) and Holland & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX 75201 (Attn: Steven Levitt (steven.levitt@hklaw.com) and Brent R. McIlwain (brent.mcilwain@hklaw.com)).

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Costs or (b) the proposed assignment and assumption of any Executory Contract or Unexpired Lease is filed by the Cure Objection Deadline, then (i) you will be deemed to have stipulated that the Cure Costs as determined by the Debtors are correct and (ii) you will be forever barred, estopped, and enjoined from asserting any additional Cure Costs are due under the Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of an Executory Contract or Unexpired Lease or related Cure Costs in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date as may be fixed by the Court.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Executory Contract or Unexpired Lease on the Contract Assumption Notice or any Supplemental Assumption Notice does not require or guarantee that such Executory Contract or Unexpired Lease will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Executory Contracts and/or Unexpired Leases are reserved. Moreover, the Debtors explicitly reserve the right, in their reasonable discretion, to seek to reject or assume each Executory Contract or Unexpired Lease pursuant to Bankruptcy Code section 365(a) and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Executory Contract or Unexpired Lease as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (a) alters in any way the prepetition nature of the Executory Contracts or Unexpired Leases or the validity, priority, or amount of any claims of a counterparty to any Contract against the Debtors that may arise under such Executory Contract or Unexpired Lease, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of a counterparty to any Executory Contract or Unexpired Lease against the Debtors that may arise under such Executory Contract or Unexpired Lease.

[*Signatures on following page*]

Dated: September 15, 2026
Dallas, Texas

**DECHERT LLP**

*/s/ Jack G. Haake*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie E. Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453-4900
marcus.helt@dechert.com
jack.haake@dechert.com
debbie.green@dechert.com

- and -

Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
jerry.hall@dechert.com

*Counsel to the Debtors and Debtors-in-Possession*

# <u>Schedule 1</u>

## Potentially Assumed and Assigned Contracts/Leases

| ID | Debtor | Contract Counterparty | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount |
|---|---|---|---|---|
| 1 | IHC-Ashbrook MT, LLC | Great America Financial Services | Lease with Maintenance Agreement executed on November 6, 2024 (Agreement No. 003-2011443-000) | $0.00 |
| 2 | IHC-Harmony OpCo, LLC | Great America Financial Services | CopyLink Agreement No. 1666669 executed on June 9, 2021 | $0.00 |
| 3 | Inspired Healthcare Capital, LLC | Great America Financial Services | Lease with Maintenance Agreement executed on June 7, 2023 (Application 1824231) | $0.00 |
| 4 | Inspired Senior Living of Appleton MT, LLC | Great America Financial Services | Agreement No. 3104530 executed on December 23, 2024 | $0.00 |
| 5 | Inspired Senior Living of Delray Beach MT, LLC | Great America Financial Services | Lease with Maintenance Agreement executed on January 10, 2025 (Application No. 3088753) | $0.00 |
| 6 | Inspired Senior Living of Las Vegas MT, LLC | Great America Financial Services | CopyLink Agreement No. 1675670 executed on June 8, 2021 | $0.00 |
| 7 | Inspired Senior Living of Mequon MT, LLC | Great America Financial Services | Agreement No. 3096536 executed on November 25, 2024 | $0.00 |
| 8 | Inspired Senior Living of Round Rock MT, LLC | Great America Financial Services | Lease with Maintenance/Application 3100782 executed on February 26, 2025 (Agreement No. 012-3100782-000) | $0.00 |
| 9 | Inspired Healthcare Capital, LLC | Wells Fargo VFS, LLC | Lease Agreement for Toshiba e-Studio 4525AC executed on October 4, 2023 | $0.00 |
| 10 | Inspired Healthcare Capital, LLC | Wells Fargo VFS, LLC | Lease Agreement for Toshiba e-Studio 4525AC executed on January 10, 2024 | $1,427.32 |
| 11 | Inspired Healthcare Capital, LLC | Wells Fargo VFS, LLC | Lease Agreement for Toshiba e-Studio 4525AC executed on January 10, 2024 | $0.00 |
| 12 | Inspired Senior Living of North Have MT, LLC | Wells Fargo VFS, LLC | Master Lease Agreement for Canon C5850I System executed on February 21, 2024 | $0.00 |